**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an
   amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Nicholas** <br> First Name <br><br> **Warren** <br> Middle Name <br><br> **McLain** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 8 6 2 <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | **Nicholas Warren McLain** | Case number (if known) |
|---|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☐ I have not used any business names or EINs.

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

| About Debtor 1 | About Debtor 2 |
|---|---|
| **Arisen Business Ventures, LLC dba Pinna** <br> Business name | Business name |
| **Arisen ER II, LLC dba Pinnacle ER De Sot** <br> Business name | Business name |
| **Permian ER I, LLC dba Excel ER- Midland** <br> Business name | Business name |
| **Permian ER II, LLC dba Excel ER- Midland** <br> Business name | Business name |
| **Permian ER III, LLC dba Excel ER- Odess** <br> Business name | Business name |
| **Permian ER IV, LLC dba Excel ER- Abilen** <br> Business name | Business name |
| **Piney Woods ER I, LLC dba Excel ER- Tyl** <br> Business name | Business name |
| **Piney Woods ER II, LLC dba Excel ER- Lc** <br> Business name | Business name |
| **Piney Woods ER III, LLC dba Excel ER- Tc** <br> Business name | Business name |
| **Piney Woods ER IV, LLC dba Excel ER- N** <br> Business name | Business name |
| **Piney Woods ER V, LLC dba Excel ER- Kc** <br> Business name | Business name |
| **North Texas ER II, LLC dba Physicians Pr** <br> Business name | Business name |
| **North Texas Excel Physicians, PLLC** <br> Business name | Business name |
| **North Texas ER I, LLC** <br> Business name | Business name |
| **North Texas ER III, LLC** <br> Business name | Business name |
| **PWER Services, LLC** <br> Business name | Business name |
| **Coastal ER I, LLC** <br> Business name | Business name |
| **Coastal ER V, LLC** <br> Business name | Business name |
| **Abaris Investment Gp, LLC** <br> Business name | Business name |
| **Coastal Bend Physicians, PLLC** <br> Business name | Business name |
| **Coastal Physicians Regional, PLLC** <br> Business name | Business name |
| **Coastal Physicians ER, PLLC** <br> Business name | Business name |
| **Pinnacle Physicians, PLLC** <br> Business name | Business name |
| **Pinnacle ER, PLLC** <br> Business name | Business name |

Debtor 1    **Nicholas Warren McLain**        Case number (if known) _____

**About Debtor 1:**        **About Debtor 2 (Spouse Only in a Joint Case):**

**Brazos Valley ER, PLLC**
Business name

**Brazos Valley ER Physicians, PLLC**
Business name

**BV Emergency Physicians, PLLC**
Business name

**Bulverde ER Physicians, PLLC**
Business name

**Excel ER East Management, LLC**
Business name

**Excel ER Physicians East Texas, PLLC**
Business name

**Excel ER Physicians, PLLC**
Business name

**Excel ER, LLC**
Business name

**Excel ER Management Services, LLC**
Business name

**Excel ER Management Solutions, LLC**
Business name

**Excel Emergency International, LLC**
Business name

**TWT3L Ventures, LLC**
Business name

**West Texas Excel ER Physicians, PLLC**
Business name

**South Texas ER, LLC**
Business name

**Central Texas ER I, LLC**
Business name

**FSER ER Services, PLLC**
Business name

**Physicians Premier ER Room, LLC**
Business name

**Physicians Premier Management Service**
Business name

**Physicians Premier Enterprises, LLC**
Business name

**Lone Star ER, LLC**
Business name

**Emergency Room Ventures, LLC**
Business name

**CJMA Management, LLC**
Business name

**Phoenix Emergency Solutions, LLC**
Business name

**McLain Emergency Services, PLLC**
Business name

**McLain & Ehimika Management Services**
Business name

Debtor 1     __Nicholas Warren McLain_____     Case number (if known) _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **McLain & Ehimika Family, LP** | |
| Business name | Business name |
| **Bread & Fishes** | |
| Business name | Business name |
| **Coastal ER IX, LLC** | |
| Business name | Business name |

**4 6** – **5 3 7 6 8 9 2**
EIN

**4 7** – **2 2 9 8 2 1 9**
EIN

**4 7** – **1 8 8 4 1 1 4**
EIN

**4 7** – **2 0 6 1 8 7 3**
EIN

**4 7** – **2 0 8 1 9 3 6**
EIN

**4 7** – **4 3 4 0 4 1 1**
EIN

**4 7** – **2 0 5 6 2 7 6**
EIN

**4 7** – **3 9 3 9 4 1 1**
EIN

**4 7** – **4 3 2 6 0 9 6**
EIN

**4 7** – **4 4 1 4 3 2 6**
EIN

**4 7** – **4 3 5 1 6 6 7**
EIN

**4 7** – **2 0 8 9 0 8 3**
EIN

**4 7** – **4 3 9 9 6 4 9**
EIN

**4 6** – **5 7 0 2 8 2 2**
EIN

**4 7** – **3 8 6 0 5 8 0**
EIN

**4 7** – **5 3 2 9 1 4 1**
EIN

**8 1** – **3 6 9 0 8 2 1**
EIN

**4 7** – **1 1 8 5 2 4 7**
EIN

**4 7** – **4 9 1 3 6 6 5**
EIN

**4 7** – **2 0 1 3 9 4 2**
EIN

**8 1** – **4 9 2 8 2 2 2**
EIN

**8 2** – **1 5 4 2 6 6 5**
EIN

**8 2** – **1 0 1 8 1 2 2**
EIN

**8 1** – **2 7 8 0 7 6 3**
EIN

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

**About Debtor 1:**                                    **About Debtor 2 (Spouse Only in a Joint Case):**

4  7 – 4  0  3  1  7  4  5
EIN

4  7 – 2  1  1  6  9  9  3
EIN

4  7 – 1  6  1  3  5  9  1
EIN

4  7 – 5  0  8  5  5  5  2
EIN

8  1 – 4  9  1  6  7  8  3
EIN

4  7 – 1  6  5  2  8  4  2
EIN

8  1 – 3  1  0  2  6  7  8
EIN

4  7 – 3  7  4  8  7  0  7
EIN

4  7 – 4  4  8  9  2  7  8
EIN

4  7 – 1  5  3  6  2  8  0
EIN

8  1 – 4  4  4  6  3  2  5
EIN

8  2 – 2  1  6  0  9  2  2
EIN

2  7 – 4  8  4  9  4  8  5
EIN

4  5 – 3  4  6  3  9  7  1
EIN

2  7 – 4  9  5  0  4  8  0
EIN

2  6 – 4  6  9  0  1  4  2
EIN

8  2 – 4  5  4  0  2  0  0
EIN

Debtor 1    **Nicholas Warren McLain**        Case number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**5.    Where you live**

If Debtor 2 lives at a different address:

**3002 Willow Wood Trail**
_____  
Number    Street

_____  
Number    Street

_____

_____

_____

_____

**Kingwood      TX     77345**  
City            State    ZIP Code

_____  
City            State    ZIP Code

**Harris**  
_____  
County

_____  
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____  
Number    Street

_____  
Number    Street

_____  
P.O. Box

_____  
P.O. Box

_____  
City            State    ZIP Code

_____  
City            State    ZIP Code

**6.    Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1   **Nicholas Warren McLain**                                    Case number (if known) _____

| 8. | How you will pay the fee | ☑ | **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____   When _____   Case number _____
                                       MM / DD / YYYY

District _____   When _____   Case number _____
                                       MM / DD / YYYY

District _____   When _____   Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____   Relationship to you _____

District _____   When _____   Case number, _____
                                       MM / DD / YYYY   if known

Debtor _____   Relationship to you _____

District _____   When _____   Case number, _____
                                       MM / DD / YYYY   if known

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Nicholas Warren McLain**                                              Case number (if known)  _____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

---

**12.   Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number      Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____  _____  _____
City                                        State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.   Are you filing under Chapter 11 of the Bankruptcy Code and are you a  *small business debtor?***

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14.   Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

☑ No
☐ Yes.  What is the hazard?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

Where is the property?  _____
                                      Number      Street

_____

_____  _____  _____
City                                        State      ZIP Code

Debtor 1    __Nicholas Warren McLain_____    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Nicholas Warren McLain**                                      Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No.  Go to line 16b.
☐ Yes.  Go to line 17.

16b. **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☑ Yes.  Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Nicholas Warren McLain**                                            Case number (if known) _____

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.


X  **/s/ Nicholas Warren McLain**                          X  _____
Nicholas Warren McLain, Debtor 1                              Signature of Debtor 2

Executed on **09/16/2019**                                    Executed on _____
MM / DD / YYYY                                                       MM / DD / YYYY

Debtor 1  **Nicholas Warren McLain**                                 Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Julie M. Koenig**_____   Date  **09/16/2019**_____
Signature of Attorney for Debtor                                      MM / DD / YYYY

**Julie M. Koenig**_____
Printed name

**Cooper & Scully, P.C.**_____
Firm Name

**815 Walker St., Suite 1040**_____
Number          Street

_____

_____

**Houston**_____  **TX**_____  **77002**_____
City                                          State       ZIP Code

Contact phone  **(713) 236-6800**          Email address **julie.koenig@cooperscully.com**

**14217300**_____  **TX**_____
Bar number                                  State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Warren** | **McLain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**3002 WILLOW WOOD TRL**
Street address, if available, or other description

**KINGWOOD          TX    77345**
City                        State    ZIP Code

**Harris**
County

**LT 18 BLK 1
MILLS CREEK VILLAGE SEC 4**

**What is the property?**
Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $306,350.00 | $306,350.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ Check if this is community property
(see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here................................................. →

| $306,350.00 |
|---|

Debtor 1      **Nicholas Warren McLain**_____      Case number (if known) _____

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.     **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **BMW** | Check one. | | |
| Model: | **M3** | ☐ Debtor 1 only | | |
| Year: | **2011** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **74,300** | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$11,000.00** | **$11,000.00** |

Other information:
**2011 BMW M3 (approx. 74,300 miles)**

☑ **Check if this is community property**
(see instructions)

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Honda** | Check one. | | |
| Model: | **Accord Sport** | ☐ Debtor 1 only | | |
| Year: | **2019** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **1,400** | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$24,873.00** | **$24,873.00** |

Other information:
**2019 Honda Accord Sport (approx. 1,400 miles)**

☑ **Check if this is community property**
(see instructions)

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Honda** | Check one. | | |
| Model: | **Odyssey Elite** | ☐ Debtor 1 only | | |
| Year: | **2018** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **31,250** | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$34,200.00** | **$34,200.00** |

Other information:
**2018 Honda Odyssey Elite (approx. 31,250 miles)**

☑ **Check if this is community property**
(see instructions)

4.     **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.     **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here**............................................................➔     **$70,073.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.     **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....  | **See continuation page(s).** |     **$5,415.00**

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

7. **Electronics**

  _Examples:_ Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

  ☐ No
  ☑ Yes.  Describe.....  | **See continuation page(s).** |    $1,603.00

8. **Collectibles of value**

  _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

  ☑ No
  ☐ Yes.  Describe.....  | | _____

9. **Equipment for sports and hobbies**

  _Examples:_ Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

  ☐ No
  ☑ Yes.  Describe.....  | **See continuation page(s).** |    $1,845.00

10. **Firearms**

  _Examples:_ Pistols, rifles, shotguns, ammunition, and related equipment

  ☐ No
  ☑ Yes.  Describe.....  | **See continuation page(s).** |    $1,300.00

11. **Clothes**

  _Examples:_ Everyday clothes, furs, leather coats, designer wear, shoes, accessories

  ☐ No
  ☑ Yes.  Describe.....  | **See continuation page(s).** |    $1,080.00

12. **Jewelry**

  _Examples:_ Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

  ☐ No
  ☑ Yes.  Describe.....  | **See continuation page(s).** |    $11,450.00

13. **Non-farm animals**

  _Examples:_ Dogs, cats, birds, horses

  ☑ No
  ☐ Yes.  Describe.....  | | _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

  ☑ No
  ☐ Yes.  Give specific information............  | | _____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.............................................................................➔  |    $22,693.00

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    **Nicholas Warren McLain**                                                    Case number (if known) _____

**16. Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes..................................................................................................... Cash: ......................          **$200.00**

**17. Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes............................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account- McLain & Ehimika Family, LP Chase Acct# 6226- $1,012.61 - For information purposes** | **$0.00** |
| 17.2. | Checking account: | **Checking account- CJMA Mgmt, LLC- Chase Acct# 8185 $80,541.46** | **$0.00** |
| 17.3. | Checking account: | **Checking account- Bank of America Acct# 8352** | **$85.69** |
| 17.4. | Checking account: | **Checking account- Chase Acct# 0220** | **$71.59** |
| 17.5. | Checking account: | **Checking account- Phoenix ER Solutions, LLC- Chase Acct# 6029- $8,981.89** | **$0.00** |
| 17.6. | Checking account: | **Checking account- Charles Schwab- High Yield Investor Acct# 9711** | **$56.92** |
| 17.7. | Checking account: | **Checking account- Green Bank Acct# 7731** | **$1,960.74** |
| 17.8. | Checking account: | **Checking account- Alliant Acct# 4873-40** | **$60.82** |
| 17.9. | Checking account: | **Checking account- CGM Valley Holding LLC- Amegy Acct# 5455- $10,839.16** | **$0.00** |
| 17.10. | Checking account: | **Checking account- Amegy Acct# 6707** | **$734.08** |
| 17.11. | Checking account: | **Checking account- CGM Valley Holdings, LLC- Chase Acct# 3779- $3,415** | **$0.00** |
| 17.12. | Checking account: | **Checking account- Wells Fargo Acct# 3263** | **$182.22** |
| 17.13. | Checking account: | **Checking account- Bank of America Acct# 5655** | **$1,667.41** |
| 17.14. | Checking account: | **Checking account- McLain & Ehimika Management, LLC Capital One Business Acct# 5278 - $7,057.51 For information purposes** | **$0.00** |
| 17.15. | Checking account: | **Checking account- McLain & Ehimika Family, LP  Amegy Acct # 5810- $3,790.80** | **$0.00** |
| 17.16. | Savings account: | **Savings account- Alliant Acct# 4873-01** | **$5.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................        Institution or issuer name:

Debtor 1    **Nicholas Warren McLain**        Case number (if known) _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| Arisen Business Ventures, LLC- Bankruptcy Northern District, Case No. 19-41296 | 13.75% | Unknown |
| Permian ER, I, LLC- Bankruptcy Western District, Case No. 19-70047 | 22% | Unknown |
| Permian ER II, LLC- Bankruptcy Western District, Case No. 17-70135 | 15.71% | Unknown |
| Brazos Valley ER Physicians, PLLC | 16.67% | Unknown |
| Bulverde ER Physicians, PLLC | 16.67% | Unknown |
| Coastal Physicians ER, PLLC | 16.67% | Unknown |
| Coastal Physicians Regional, PLLC | 16.67% | Unknown |
| Physicians Premier Mgmt Services, LLC | 16.67% | Unknown |
| McLain Emergency Services, LLC | 100% | Unknown |
| McLain & Ehimika Mgmt, LLC | 100% | Unknown |
| Excel ER Physcians, PLLC- not operating | 50% | Unknown |
| North Texas Excel Physicians, PLLC- not operating | 50% | Unknown |
| TWT3L Ventures, LLC- forfeited existence | 50% | Unknown |
| Piney Woods ER V, LLC- voluntary dissolved | 50% | Unknown |
| PWER Services, LLC- voluntary dissolved | 50% | Unknown |
| North Texas ER III, LLC- voluntary dissolved | 50% | Unknown |
| Permian ER IV, LLC- voluntary dissolved | 50% | Unknown |
| Arisen ER II, LLC- closed | 13.75% | Unknown |
| Abaris Investment Gp, LLC- voluntary dissolved | 25% | Unknown |
| Pinnacle Physicians, PLLC- not operating | 13.75% | Unknown |
| Pinnacle ER, PLLC- tax forfeiture | 13.75% | Unknown |
| BV Emergency Physicians, PLLC | 16.67% | Unknown |
| Coastal Bend Physicians, PLLC | 16.67% | Unknown |
| Coastal Physicians Regional, PLLC | 16.67% | Unknown |
| Excel Emergency International, LLC- voluntary dissolved | 100% | Unknown |
| Lone Star ER, LLC | | Unknown |
| Emergency Room Ventures, LLC- terminated | 50% | Unknown |
| Physicians Premier Enterprises, LLC- not operating | 16.67% | Unknown |
| CJMA Management, LLC owned by FLP | 0% | Unknown |
| Phoenix Emergency Solutions, LLC- Owned by FLP | 0% | Unknown |
| Physicians Premier ER Room, LLC- forfeited | 16.67% | Unknown |
| South Texas ER, LLC- forfeited | | Unknown |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| | | |
|---|---|---|
| FSER ER Services, PLLC- forfeited | 50% | Unknown |
| Central Texas ER I, LLC- voluntary dissolved | 50% | Unknown |
| McLain & Ehimika Family, LP | 48% | $2,305.63 |
| North Texas ER II, LLC- closed | 33.33% | Unknown |
| Bread & Fishes | | Unknown |
| Coastal ER IX, LLC | | Unknown |
| Piney Woods ER I, LLC | 16.25% | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
   information about
   them............................    Issuer name: _____

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
   profit-sharing plans

☐ No
☑ Yes. List each
   account separately.    Type of account:    Institution name:

   401(k) or similar plan:   **401(k)- John Hancock** _____    $36,485.08

   IRA:    **IRA- TD Ameritrade- pledge to Texas Bank and Trust
           Company** _____    $156,714.60

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................    Institution name or individual: _____

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................    Issuer name and description: _____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
   information about them    _____    _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
   information about them    _____    _____

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No
    ☑ Yes.  Give specific | **Medical License- State of Texas** | _____ **$0.00**
    information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years..................... | Federal: _____
    | State: _____
    | Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes.  Give specific information | Alimony: _____
    | Maintenance: _____
    | Support: _____
    | Divorce settlement: _____
    | Property settlement: _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes.  Give specific information | _____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes.  Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **United Healthcare Health Insurance** | _____ | **$0.00** |
| **Amica Auto Insurance** | _____ | **$0.00** |
| **Amica Homeowners Insurance** | _____ | **$0.00** |
| **All Savers Health Plan** | _____ | **$0.00** |
| **Mass Mutual Disability Insurance** | _____ | **$0.00** |
| **Health Savings Acct# 2184** | _____ | **$13,468.00** |
| **Health Savings Acct# 8160** | _____ | **$33,660.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☑ No
    ☐ Yes.  Give specific information | _____

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim........ [_____]    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim........ [_____]    _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information [_____]    _____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
    attached for Part 4.  Write that number here................................................................................ ➔ | **$247,657.78** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes.  Describe.. [_____]    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
    desks, chairs, electronic devices

    ☑ No
    ☐ Yes.  Describe.. [_____]    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes.  Describe.. [_____]    _____

41. **Inventory**

    ☑ No
    ☐ Yes.  Describe.. [_____]    _____

Debtor 1   **Nicholas Warren McLain** _____   Case number (if known) _____

**42. Interests in partnerships or joint ventures**

☐ No
☑ Yes. Describe.....   Name of entity:                                    % of ownership:

**McLain & Ehimika Family LP** _____   **48%** _____   **$2,305.63**

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe.... [_____]   _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.........................................................................➔   | **$2,305.63** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
_Examples:_ Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... [_____]   _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................ [_____]   _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... [_____]   _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... [_____]   _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................ [_____]   _____

Debtor 1   **Nicholas Warren McLain** _____    Case number (if known) _____

**52.** **Add the dollar value of all of your entries from Part 6, including any entries for pages you have**
**attached for Part 6. Write that number here**......................................................................... ➔ | $0.00 |

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53.** **Do you have other property of any kind you did not already list?**
_Examples:_ Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** **Add the dollar value of all of your entries from Part 7. Write that number here**............................. ➔ | $0.00 |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55.** **Part 1: Total real estate, line 2**.................................................................................................. ➔    $306,350.00

**56.** **Part 2: Total vehicles, line 5**             $70,073.00

**57.** **Part 3: Total personal and household items, line 15**      $22,693.00

**58.** **Part 4: Total financial assets, line 36**          $247,657.78

**59.** **Part 5: Total business-related property, line 45**        $2,305.63

**60.** **Part 6: Total farm- and fishing-related property, line 52**      $0.00

**61.** **Part 7: Total other property not listed, line 54**    +      $0.00

**62.** **Total personal property.**    Add lines 56 through 61.................. | $342,729.41 |   Copy personal property total   ➔   +    $342,729.41

**63.** **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................. | $649,079.41 |

Debtor 1   **Nicholas Warren McLain** _____   Case number (if known) _____

**6.**   **Household goods and furnishings (details):**

| | |
|---|---|
| **1 Filing Cabinet** | **$20.00** |
| **1 Computer Chair** | **$15.00** |
| **1 Desk** | **$100.00** |
| **1 Dining Table** | **$100.00** |
| **1 Breakfast Table** | **$100.00** |
| **1 Buffet/Microwave Table** | **$100.00** |
| **2 Refrigerators** | **$300.00** |
| **1 Stove** | **$200.00** |
| **1 Microwave** | **$50.00** |
| **1 Blender** | **$35.00** |
| **1 Toaster** | **$20.00** |
| **1 Dish Washer** | **$100.00** |
| **1 Deep Freezer** | **$100.00** |
| **1 Washer** | **$150.00** |
| **1 Dryer** | **$150.00** |
| **1 Vacuum Cleaner** | **$75.00** |
| **Dishes** | **$80.00** |
| **Bakeware** | **$20.00** |
| **Pots and Pans** | **$50.00** |
| **4 Couches** | **$500.00** |
| **1 Coffee Table** | **$75.00** |
| **2 End Tables** | **$60.00** |
| **2 Recliners** | **$150.00** |
| **2 Bookcases** | **$60.00** |
| **1 Desk** | **$50.00** |
| **5 Indoor Fans** | **$80.00** |
| **5 Beds** | **$400.00** |
| **2 Dressers** | **$200.00** |
| **2 Night Stands** | **$60.00** |
| **5 Chest of Drawers** | **$400.00** |
| **2 Lamps** | **$30.00** |
| **1 TV Stand** | **$50.00** |
| **1 Circular Saw** | **$30.00** |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| | |
|---|---|
| **1 Drill** | **$40.00** |
| **1 Portable Generator** | **$500.00** |
| **2 Ladders** | **$50.00** |
| **25 Hand Tools** | **$100.00** |
| **1 Chain/Hand Saw** | **$60.00** |
| **1 Shovel/1 Hoe** | **$15.00** |
| **4 Trash Cans** | **$25.00** |
| **10 Linens/Blankets** | **$120.00** |
| **3 Garden Hoses** | **$30.00** |
| **14 Wall Hangings- Crosses** | **$140.00** |
| **13 Pictures** | **$195.00** |
| **50 Books** | **$150.00** |
| **30 CDs** | **$30.00** |
| **25 DVDs** | **$50.00** |
| **7.    Electronics (details):** | |
| **5 Televisions** | **$500.00** |
| **1 Camcorder** | **$40.00** |
| **2 Compact Stereos/Wireless Speakers** | **$50.00** |
| **2 DVD Players** | **$60.00** |
| **14 Wii Video Games** | **$42.00** |
| **1 Satellite Dish** | **$1.00** |
| **2 Calculators** | **$10.00** |
| **3 Computers/Printer/Scanner** | **$600.00** |
| **3 Cell Phones** | **$250.00** |
| **3 House Phones** | **$50.00** |
| **9.    Equipment for sports and hobbies (details):** | |
| **2 Rods and Reels** | **$40.00** |
| **1 Tackle Box** | **$15.00** |
| **1 Sporting Knife** | **$10.00** |
| **1 Binoculars** | **$25.00** |
| **4 Ice Chests** | **$40.00** |
| **2 Tents** | **$40.00** |
| **4 Sleeping Bags** | **$25.00** |
| **1 Lantern** | **$20.00** |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| | |
|---|---:|
| **1 Portable Stove** | **$25.00** |
| **1 Outdoor Cooking Equipment** | **$15.00** |
| **1 Swing Set** | **$100.00** |
| **1 Outdoor Fan** | **$30.00** |
| **1 Treadmill** | **$100.00** |
| **1 Set of Golf Clubs** | **$75.00** |
| **1 Tennis Racket** | **$20.00** |
| **1 Pair of Snow Boots** | **$50.00** |
| **4 Baseball Equipment** | **$40.00** |
| **2 Soccer Balls** | **$20.00** |
| **4 Bicycles** | **$180.00** |
| **1 Pool Table and Accessories** | **$200.00** |
| **Childrens Toys** | **$250.00** |
| **4 Basketballs** | **$20.00** |
| **1 Basketball Goal** | **$125.00** |
| **1 Pool Equipment** | **$200.00** |
| **4 Outdoor Chairs** | **$15.00** |
| **1 Gas/Charcoal Grill** | **$50.00** |
| **1 Guitar** | **$50.00** |
| **1 Speaker** | **$25.00** |
| **1 Keyboard** | **$40.00** |
| 10.  _Firearms (details):_ | |
| **Benelli Shotgun** | **$500.00** |
| **Savage Rifle** | **$800.00** |
| 11.  _Clothes (details):_ | |
| **Clothing** | **$500.00** |
| **Childrens Clothing** | **$580.00** |
| 12.  _Jewelry (details):_ | |
| **1 Wedding Ring** | **$8,000.00** |
| **4 Other Rings** | **$2,000.00** |
| **5 Chains/Necklaces** | **$1,000.00** |
| **2 Bracelets** | **$50.00** |
| **5 Pair of Earrings** | **$400.00** |

Debtor 1      **Nicholas Warren McLain**                                      Case number (if known) _____

**Fill in this information to identify your case:**

Debtor 1      **Nicholas**          **Warren**          **McLain**
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt
04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1.  **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**3002 WILLOW WOOD TRL**<br>**LT 18 BLK 1**<br>**MILLS CREEK VILLAGE SEC 4**<br>Line from *Schedule A/B*:  __1.1__ | **$306,350.00** | ☑ **$306,350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2011 BMW M3 (approx. 74,300 miles)**<br><br>Line from *Schedule A/B*:  __3.1__ | **$11,000.00** | ☑ **$11,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

Debtor 1   **Nicholas Warren McLain** _____   Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>**2019 Honda Accord Sport (approx. 1,400 miles)**<br>Line from *Schedule A/B*: __3.2__ | $24,873.00 | ☑ $24,873.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>**2018 Honda Odyssey Elite (approx. 31,250 miles)**<br>Line from *Schedule A/B*: __3.3__ | $34,200.00 | ☑ $34,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>**1 Filing Cabinet**<br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**1 Computer Chair**<br>Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**1 Desk**<br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**1 Dining Table**<br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**1 Breakfast Table**<br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**1 Buffet/Microwave Table**<br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**2 Refrigerators**<br>Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1 **Nicholas Warren McLain**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1 Stove**<br><br>Line from *Schedule A/B*:  **6** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Microwave**<br><br>Line from *Schedule A/B*:  **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Blender**<br><br>Line from *Schedule A/B*:  **6** | **$35.00** | ☑ **$35.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Toaster**<br><br>Line from *Schedule A/B*:  **6** | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Dish Washer**<br><br>Line from *Schedule A/B*:  **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Deep Freezer**<br><br>Line from *Schedule A/B*:  **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Washer**<br><br>Line from *Schedule A/B*:  **6** | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Dryer**<br><br>Line from *Schedule A/B*:  **6** | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Vacuum Cleaner**<br><br>Line from *Schedule A/B*:  **6** | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1      **Nicholas Warren McLain**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Dishes** <br><br> Line from *Schedule A/B*: __6__ | **$80.00** | ☑ **$80.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bakeware** <br><br> Line from *Schedule A/B*: __6__ | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Pots and Pans** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **4 Couches** <br><br> Line from *Schedule A/B*: __6__ | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Coffee Table** <br><br> Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 End Tables** <br><br> Line from *Schedule A/B*: __6__ | **$60.00** | ☑ **$60.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Recliners** <br><br> Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Bookcases** <br><br> Line from *Schedule A/B*: __6__ | **$60.00** | ☑ **$60.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Desk** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**5 Indoor Fans**<br><br>Line from *Schedule A/B*:    **6** | $80.00 | ☑ $80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**5 Beds**<br><br>Line from *Schedule A/B*:    **6** | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**2 Dressers**<br><br>Line from *Schedule A/B*:    **6** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**2 Night Stands**<br><br>Line from *Schedule A/B*:    **6** | $60.00 | ☑ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**5 Chest of Drawers**<br><br>Line from *Schedule A/B*:    **6** | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**2 Lamps**<br><br>Line from *Schedule A/B*:    **6** | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**1 TV Stand**<br><br>Line from *Schedule A/B*:    **6** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**1 Circular Saw**<br><br>Line from *Schedule A/B*:    **6** | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**1 Drill**<br><br>Line from *Schedule A/B*:    **6** | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1     **Nicholas Warren McLain**                                         Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1 Portable Generator** Line from *Schedule A/B*: __6__ | **$500.00** | ☑ **$500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Ladders** Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **25 Hand Tools** Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Chain/Hand Saw** Line from *Schedule A/B*: __6__ | **$60.00** | ☑ **$60.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Shovel/1 Hoe** Line from *Schedule A/B*: __6__ | **$15.00** | ☑ **$15.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **4 Trash Cans** Line from *Schedule A/B*: __6__ | **$25.00** | ☑ **$25.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **10 Linens/Blankets** Line from *Schedule A/B*: __6__ | **$120.00** | ☑ **$120.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **3 Garden Hoses** Line from *Schedule A/B*: __6__ | **$30.00** | ☑ **$30.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **14 Wall Hangings- Crosses** Line from *Schedule A/B*: __6__ | **$140.00** | ☑ **$140.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Nicholas Warren McLain**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**13 Pictures**<br><br>Line from *Schedule A/B*: ___6___ | $195.00 | ☑ $195.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**50 Books**<br><br>Line from *Schedule A/B*: ___6___ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**30 CDs**<br><br>Line from *Schedule A/B*: ___6___ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**25 DVDs**<br><br>Line from *Schedule A/B*: ___6___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**5 Televisions**<br><br>Line from *Schedule A/B*: ___7___ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**1 Camcorder**<br><br>Line from *Schedule A/B*: ___7___ | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**2 Compact Stereos/Wireless Speakers**<br><br>Line from *Schedule A/B*: ___7___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**2 DVD Players**<br><br>Line from *Schedule A/B*: ___7___ | $60.00 | ☑ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**14 Wii Video Games**<br><br>Line from *Schedule A/B*: ___7___ | $42.00 | ☑ $42.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1  **Nicholas Warren McLain** _____      Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1 Satellite Dish**<br>Line from *Schedule A/B*: ___7___ | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**2 Calculators**<br>Line from *Schedule A/B*: ___7___ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**3 Computers/Printer/Scanner**<br>Line from *Schedule A/B*: ___7___ | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**3 Cell Phones**<br>Line from *Schedule A/B*: ___7___ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**3 House Phones**<br>Line from *Schedule A/B*: ___7___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**2 Rods and Reels**<br>Line from *Schedule A/B*: ___9___ | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 Tackle Box**<br>Line from *Schedule A/B*: ___9___ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 Sporting Knife**<br>Line from *Schedule A/B*: ___9___ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 Binoculars**<br>Line from *Schedule A/B*: ___9___ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |

Debtor 1    **Nicholas Warren McLain**                                      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**4 Ice Chests**<br><br>Line from *Schedule A/B*:  ___9___ | $40.00 | ☑  $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**2 Tents**<br><br>Line from *Schedule A/B*:  ___9___ | $40.00 | ☑  $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**4 Sleeping Bags**<br><br>Line from *Schedule A/B*:  ___9___ | $25.00 | ☑  $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Lantern**<br><br>Line from *Schedule A/B*:  ___9___ | $20.00 | ☑  $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Portable Stove**<br><br>Line from *Schedule A/B*:  ___9___ | $25.00 | ☑  $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Outdoor Cooking Equipment**<br><br>Line from *Schedule A/B*:  ___9___ | $15.00 | ☑  $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Swing Set**<br><br>Line from *Schedule A/B*:  ___9___ | $100.00 | ☑  $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Outdoor Fan**<br><br>Line from *Schedule A/B*:  ___9___ | $30.00 | ☑  $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Treadmill**<br><br>Line from *Schedule A/B*:  ___9___ | $100.00 | ☑  $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

Debtor 1   **Nicholas Warren McLain** _____     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**1 Set of Golf Clubs**<br><br>Line from *Schedule A/B*: ___9___ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Tennis Racket**<br><br>Line from *Schedule A/B*: ___9___ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Pair of Snow Boots**<br><br>Line from *Schedule A/B*: ___9___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**4 Baseball Equipment**<br><br>Line from *Schedule A/B*: ___9___ | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**2 Soccer Balls**<br><br>Line from *Schedule A/B*: ___9___ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**4 Bicycles**<br><br>Line from *Schedule A/B*: ___9___ | $180.00 | ☑ $180.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Pool Table and Accessories**<br><br>Line from *Schedule A/B*: ___9___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Childrens Toys**<br><br>Line from *Schedule A/B*: ___9___ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**4 Basketballs**<br><br>Line from *Schedule A/B*: ___9___ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own

Copy the value from *Schedule A/B* | Amount of the exemption you claim

*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**1 Basketball Goal**<br><br>Line from *Schedule A/B*:  __9__ | **$125.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 Pool Equipment**<br><br>Line from *Schedule A/B*:  __9__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**4 Outdoor Chairs**<br><br>Line from *Schedule A/B*:  __9__ | **$15.00** | ☑ **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 Gas/Charcoal Grill**<br><br>Line from *Schedule A/B*:  __9__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 Guitar**<br><br>Line from *Schedule A/B*:  __9__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 Speaker**<br><br>Line from *Schedule A/B*:  __9__ | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 Keyboard**<br><br>Line from *Schedule A/B*:  __9__ | **$40.00** | ☑ **$40.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**Benelli Shotgun**<br><br>Line from *Schedule A/B*:  __10__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description:<br>**Savage Rifle**<br><br>Line from *Schedule A/B*:  __10__ | **$800.00** | ☑ **$800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |

Debtor 1     **Nicholas Warren McLain**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Clothing** <br> Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description: **Childrens Clothing** <br> Line from *Schedule A/B*: __11__ | $580.00 | ☑ $580.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description: **1 Wedding Ring** <br> Line from *Schedule A/B*: __12__ | $8,000.00 | ☑ $8,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **4 Other Rings** <br> Line from *Schedule A/B*: __12__ | $2,000.00 | ☑ $2,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **5 Chains/Necklaces** <br> Line from *Schedule A/B*: __12__ | $1,000.00 | ☑ $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **2 Bracelets** <br> Line from *Schedule A/B*: __12__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **5 Pair of Earrings** <br> Line from *Schedule A/B*: __12__ | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **401(k)- John Hancock** <br> Line from *Schedule A/B*: __21__ | $36,485.08 | ☑ $36,485.08 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Brief description: **IRA- TD Ameritrade- pledge to Texas Bank and Trust Company** <br> Line from *Schedule A/B*: __21__ | $156,714.60 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Health Savings Acct# 2184**<br><br>Line from *Schedule A/B:* __31__ | **$13,468.00** | ☑ **$13,468.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Health Savings Acct# 8160**<br><br>Line from *Schedule A/B:* __31__ | **$33,660.00** | ☑ **$33,660.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nicholas | Warren | McLain |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | $608,829.00 | $156,714.60 | $452,114.40 |
|---|---|---|---|---|

**Texas Bank and Trust Company**
Creditor's name
**Attn: Jane Henry**
Number    Street
**PO Box 3188**

**SEP IRA Account**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Longview          TX     75606**
City          State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number    W   E   R   I

**Piney Woods ER I Promissory Note Personal Guaranty**

Add the dollar value of your entries in Column A on this page. Write that number here:

$608,829.00

Debtor 1   **Nicholas Warren McLain**                              Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.2 | Describe the property that secures the claim: | $556,501.00 | $156,714.60 | $556,501.00 |
|---|---|---|---|---|

**Texas Bank and Trust Company**
Creditor's name
**Attn: Jane Henry**
Number    Street
**PO Box 3188**

**SEP IRA Account**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Longview        TX    75606**
City        State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number   _E_  _R_  _I_  _I_

**North Texas ER II Promissory Note Personal Guaranty**

Add the dollar value of your entries in Column A on this page. Write that number here:

$556,501.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$1,165,330.00

Debtor 1    **Nicholas Warren McLain** _____          Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

| 1 | **Potter Minton** | On which line in Part 1 did you enter the creditor? | 2.2 |
| | Name | | |
| | **E Glenn Thames, Jr.** | Last 4 digits of account number   5  4  8  A | |
| | Number       Street | | |
| | **110 N College** | | |
| | | | |
| | **Suite 500** | | |
| | | | |
| | **Tyler**              **TX**    **75702** | | |
| | City                   State    ZIP Code | | |

| 2 | **Potter Minton** | On which line in Part 1 did you enter the creditor? | 2.1 |
| | Name | | |
| | **E Glenn Thames, Jr.** | Last 4 digits of account number   5  4  8  A | |
| | Number       Street | | |
| | **110 N College** | | |
| | | | |
| | **Suite 500** | | |
| | | | |
| | **Tyler**              **TX**    **75702** | | |
| | City                   State    ZIP Code | | |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u>Nicholas</u><br>First Name</td><td><u>Warren</u><br>Middle Name</td><td><u>McLain</u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

[ 2.1 ]

_____
Priority Creditor's Name

_____
Number       Street

_____

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1   **Nicholas Warren McLain** _____   Case number (if known) _____

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  |
|---|---|
|  | **Total claim** |

| 4.1 | | **Unknown** |

**Alamo Healthcare Partners, LLC**
Nonpriority Creditor's Name
**Attn: Dianna Burns, M.D.**
Number   Street
**PO Box 781204**

**San Antonio**        **TX**   **78278-1204**
City                          State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Business Debt**

**Contingent Lease liablity due to personal guaranty**

| 4.2 | | **$123,000.00** |

**Brian Maneevese**
Nonpriority Creditor's Name
**2819 Rusk Street**
Number   Street

**Houston**        **TX**   **77003**
City                          State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   0  6  4  1

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Business Debt**

**Dispute facts--real property never offered in mediation settlement**

Debtor 1    **Nicholas Warren McLain**  _____    Case number (if known)  _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.3 | | | $199,305.65 |
|---|---|---|---|

**Bryan C. Bateman**
Nonpriority Creditor's Name
**c/o Drake Management Services, LLC**
Number     Street
**103 Baylor Dr.**

_____

**Tyler**          **TX**     **75703**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Contingent Lease liablity due to personal guaranty**

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

| 4.4 | | | $0.00 |
|---|---|---|---|

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 30285**

_____

**Salt Lake City**     **UT**     **84130**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **6**  **1**  **0**  **7**

**When was the debt incurred?**  **07/1999**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

4.5                                                                                      **Unknown**

**Excel Odessa, LLC**
Nonpriority Creditor's Name
**Attn:  The Woodmont Company**
Number      Street
**c/o 2100 West 7th Street**
_____

**Fort Worth**              **TX**      **76107**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Contingent Lease liablity due to personal guaranty**

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

4.6                                                                                      **Unknown**

**GE Healthcare**
Nonpriority Creditor's Name
**PO Box 96483**
Number      Street
_____

**Chicago**                 **IL**      **60693**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Potential liability due to past orders by the business**

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

Debtor 1     **Nicholas Warren McLain** _____     Case number (if known) _____

### Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |

| 4.7 | | Unknown |

**Gibson Heights, LLC**
Nonpriority Creditor's Name
**2703 Richmond Rd**
Number          Street
_____

**Texarkana          TX     75503**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

| 4.8 | | Unknown |

**HEB Grocery Company, LP**
Nonpriority Creditor's Name
**P.O. Box 839955**
Number          Street
_____

**San Antonio          TX     78283-3955**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

Contingent liability of personal guaranty of lease

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.9

**Unknown**

**HEB Grocery Company, LP**
Nonpriority Creditor's Name
**P.O. Box 839955**
Number         Street

_____

_____

| **San Antonio** | **TX** | **78283-3955** |
|---|---|---|
City         State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Contingent liability of personal guaranty of lease**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

### 4.10

**Unknown**

**Henry Schein, Inc**
Nonpriority Creditor's Name
**520 S. Rock Blvd.**
Number         Street

_____

_____

| **Reno** | **NV** | **89502** |
|---|---|---|
City         State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Potential liability due to past orders by the business**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.11 | | $0.00 |
|---|---|---|

**Hunt Development, Ltd.**
Nonpriority Creditor's Name
**910 Windmill Ranch Rd.**
Number       Street

_____

**Spring Branch          TX      78070**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Contingent Lease liablity due to personal guaranty**

**Last 4 digits of account number**    i    s    t    i

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Business Debt**

| 4.12 | | **Unknown** |
|---|---|---|

**Kent Holding, LLC**
Nonpriority Creditor's Name
**Attn:  Mark Langfan**
Number       Street
**119 West 57th St., #906**

_____

**New York                NY      10019**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Contingent Lease liablity due to personal guaranty**

**Last 4 digits of account number**    __   __   __   __

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Business Debt**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.13**                                                                                          **$400,000.00**

**Larry Little**
Nonpriority Creditor's Name
**1400 Capital Ave.**
Number        Street

Last 4 digits of account number    I   L   L   C

When was the debt incurred?            _____

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Plano**                     **TX**     **75074**
City                          State   ZIP Code

Who incurred the debt?    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Business Debt**

**4.14**                                                                                          **$199,305.65**

**Law Offices of John E. Freeman**
Nonpriority Creditor's Name
**621 Chase Drive, Suite B**
Number        Street

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?            _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Tyler**                     **TX**     **75701**
City                          State   ZIP Code

Who incurred the debt?    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Attorney for Bryan C. Bateman**

**4.15**                                                                                          **Unknown**

**McKesson Medical-Surgical**
Nonpriority Creditor's Name
**20710 Hempstead Rd.**
Number        Street

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?            _____

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Houston**                   **TX**     **77065**
City                          State   ZIP Code

Who incurred the debt?    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Business Debt**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.16**

**MIMCO, Inc**
Nonpriority Creditor's Name
**c/o CB Paso, LLC**
Number     Street
**6500 Montana Avenue**

_____

| **El Paso** | **TX** | **79925** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Contingent Lease liablity due to personal guaranty**

**Unknown**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**              _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

**4.17**

**Permian ER II, LLC**
Nonpriority Creditor's Name

_____
Number     Street

_____

_____

City | State | ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$345,817.91**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**              _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

### 4.18

**PlainsCapital Bank**                                          Last 4 digits of account number    I   L   L   C              Unknown
Nonpriority Creditor's Name
**500 N. Shoreline Boulevard Suite 200**              **When was the debt incurred?**        _____
Number        Street

_____                                  **As of the date you file, the claim is:** Check all that apply.
                                                        ☒ Contingent
                                                        ☒ Unliquidated
**Corpus Christi          TX      78401**              ☒ Disputed
City                          State     ZIP Code
**Who incurred the debt?**    Check one.               **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                        ☐ Student loans
☐ Debtor 2 only                                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                              that you did not report as priority claims
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ **Check if this claim is for a community debt**      ☒ Other.  Specify
**Is the claim subject to offset?**                       **Business Debt**
☒ No
☐ Yes

**Contingent liability of personal guaranty of promissory note**

### 4.19

                                                                                                                 Unknown
**PlainsCapital Bank**                                          Last 4 digits of account number    I   L   L   C
Nonpriority Creditor's Name
**500 N. Shoreline Boulevard Suite 200**              **When was the debt incurred?**        _____
Number        Street

_____                                  **As of the date you file, the claim is:** Check all that apply.
                                                        ☒ Contingent
                                                        ☒ Unliquidated
**Corpus Christi          TX      78401**              ☒ Disputed
City                          State     ZIP Code
**Who incurred the debt?**    Check one.               **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                        ☐ Student loans
☐ Debtor 2 only                                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                              that you did not report as priority claims
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ **Check if this claim is for a community debt**      ☒ Other.  Specify
**Is the claim subject to offset?**                       **Business Debt**
☒ No
☐ Yes

**Contingent liability of personal guaranty of promissory note**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.20**

**Pleasant Run Courtyard, Inc**                    $387,002.79
Nonpriority Creditor's Name
**Attn: Anneke Cronje**
**300 Throckmorton Street, Suite 1700**
Number        Street

Last 4 digits of account number    **6    4    6    3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Fort Worth**            **TX**    **76102**
City                State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

  **Business Debt**

**Who incurred the debt?**    Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**PG of lease--Dispute amount--judgment in excess of damages**

**4.21**

**Prosperity Bank**                                **Unknown**
Nonpriority Creditor's Name
**4115 South Staples**
Number        Street
_____

Last 4 digits of account number    **R    L    L    C**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Corpus Christi**            **TX**    **78411**
City                State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

  **Business Debt**

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Contigent liability of personal guaranty of promissory note**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.22**                                                                                             **Unknown**

**Prosperity Bank**
Nonpriority Creditor's Name
**4115 South Staples**
Number        Street
_____

_____

**Corpus Christi        TX        78411**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Contingent liability of personal guaranty of promissory note**

Last 4 digits of account number    I   L   L   C
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**4.23**                                                                                             **Unknown**

**PRU CB LIMITED PARTNERSHIP**
Nonpriority Creditor's Name
**c/o HPI Real Estate Management, Inc.**
Number        Street
**842 NW Loop 410, Suite 119**
_____

**San Antonio        TX        78216**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Contingent Lease liablity due to personal guaranty**

Last 4 digits of account number    __  __  __  __
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

Debtor 1     **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.24**                                                                              **$155,033.89**

**PSK Properties and Investment, LLC**          Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**Atty: John H. Ivie, III**                     **When was the debt incurred?**   _____
Number        Street
**1401 Burnham Dr.**                            **As of the date you file, the claim is:** Check all that apply.

_____           ☑ Contingent
                                                ☑ Unliquidated
**Plano**              **TX**    **75093**      ☑ Disputed
City                   State    ZIP Code
**Who incurred the debt?**   Check one.         **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☑ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                 **Business Debt**
☑ No
☐ Yes

**Personal Guaranty of lease--company went out of business**

**4.25**                                                                              **$878,737.00**

**Regions Bank**                                Last 4 digits of account number   _s_ _L_ _L_ _C_
Nonpriority Creditor's Name
**Attn:  Thomas Bacarella**                     **When was the debt incurred?**   _____
Number        Street
**3017 West 7th Street, ste. 410**              **As of the date you file, the claim is:** Check all that apply.

_____           ☐ Contingent
                                                ☐ Unliquidated
**Fort Worth**         **TX**    **76107**      ☐ Disputed
City                   State    ZIP Code
**Who incurred the debt?**   Check one.         **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                 **Business Debt**
☑ No
☐ Yes

**Arisen Business Ventures Promissory Note Personal Guaranty**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
|---|

**4.26**

**Regions Bank**                                          Last 4 digits of account number    I   L   L   C          **$484,000.00**
Nonpriority Creditor's Name
**Attn:  Thomas Bacarella**                               **When was the debt incurred?**
Number       Street
**3017 West 7th Street, ste. 410**                        **As of the date you file, the claim is:** Check all that apply.

                                                          ☐ Contingent
                                                          ☑ Unliquidated
**Fort Worth**            **TX**    **76107**             ☐ Disputed
City                      State    ZIP Code
**Who incurred the debt?**    Check one.                  **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                                           ☐ Student loans
☐ Debtor 2 only                                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                                that you did not report as priority claims
☑ At least one of the debtors and another                 ☐ Debts to pension or profit-sharing plans, and other similar debts
**☑ Check if this claim is for a community debt**          ☑ Other.  Specify
**Is the claim subject to offset?**                          **Business Debt**
☑ No
☐ Yes

**Permian ER I, LLC declaring bankruptcy--promissory note with PG**

**4.27**                                                                                     **Unknown**

**Regions Bank**                                          Last 4 digits of account number    4   1   6   1
Nonpriority Creditor's Name
**Attn:  Thomas Bacarella**                               **When was the debt incurred?**
Number       Street
**3017 West 7th Street, ste. 410**                        **As of the date you file, the claim is:** Check all that apply.

                                                          ☑ Contingent
                                                          ☑ Unliquidated
**Fort Worth**            **TX**    **76107**             ☑ Disputed
City                      State    ZIP Code
**Who incurred the debt?**    Check one.                  **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                                           ☐ Student loans
☐ Debtor 2 only                                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                                that you did not report as priority claims
☑ At least one of the debtors and another                 ☐ Debts to pension or profit-sharing plans, and other similar debts
**☑ Check if this claim is for a community debt**          ☑ Other.  Specify
**Is the claim subject to offset?**                          **Business Debt**
☑ No
☐ Yes

Debtor 1     **Nicholas Warren McLain** _____     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.28 |

**$123,000.00**

**Robert Martinez**
Nonpriority Creditor's Name
**740 Carbine drive**
Number        Street
_____

_____

| **Horizon City** | **TX** | **79928** |
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    0  6  4  1

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

**Dispute facts--real property never offered in mediation settlement**

| 4.29 |

**Unknown**

**Ronald E. Ingalls, Chapter 7 Trustee**
Nonpriority Creditor's Name
**PO Box 2867**
Number        Street
_____

_____

| **Fredericksburg** | **TX** | **78624-1927** |
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trustee**

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.30 | | **$1,963.79** |
|---|---|---|

**Ronald L. Tharp, CPA**
Nonpriority Creditor's Name
**12900 Preston Road, Suite 800**
Number        Street

_____

| **Dallas** | **TX** | **75230** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

**Contingent liabilty for past accounting services**

| 4.31 | | **Unknown** |
|---|---|---|

**Scotsdale Square, LTD.**
Nonpriority Creditor's Name
**1506 Texas Avenue**
Number        Street

_____

| **Lubbock** | **TX** | **79401** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

**Personal Guaranty of lease--company went out of business**

Debtor 1    **Nicholas Warren McLain**                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

**4.32**                                                                                         **Unknown**

**Security Bank**                              Last 4 digits of account number    I   L   L   C
Nonpriority Creditor's Name
**Attn: Odessa Billy Hext**                    **When was the debt incurred?**    _____
Number        Street
**600 N Marienfeld Ste 200**                   **As of the date you file, the claim is:** Check all that apply.

_____        ☑ Contingent
                                                ☑ Unliquidated
**Midland**            **TX**    **79701**      ☑ Disputed
City                  State   ZIP Code
**Who incurred the debt?**   Check one.        **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                 **Business Debt**
☑ No
☐ Yes

**Contingent liability of personal guaranty of line of credit**

**4.33**                                                                                         **Unknown**

**Texas Bank and Trust Company**               Last 4 digits of account number    E   R   I   I
Nonpriority Creditor's Name
**Attn: Jane Henry**                           **When was the debt incurred?**    _____
Number        Street
**PO Box 3188**                                **As of the date you file, the claim is:** Check all that apply.

_____        ☑ Contingent
                                                ☐ Unliquidated
**Longview**           **TX**    **75606**      ☐ Disputed
City                  State   ZIP Code
**Who incurred the debt?**   Check one.        **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☑ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                 **Business Debt**
☑ No
☐ Yes

**PWER II Promissory Note Personal Guaranty**

Debtor 1     **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

**4.34**                                                                                                      **$330,000.00**

**Texas Bank and Trust Company**          Last 4 digits of account number    R    I    I    I
Nonpriority Creditor's Name
**Attn:  Jane Henry**                     **When was the debt incurred?**    _____
Number     Street
**PO Box 3188**                           **As of the date you file, the claim is:** Check all that apply.
                                          ☐ Contingent
_____           ☑ Unliquidated
                                          ☐ Disputed
**Longview**          **TX**    **75606**
City                  State    ZIP Code   **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
☐ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☑ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**           **Business Debt**
☑ No
☐ Yes

**PWER III Promissory Note Personal Guaranty**

**4.35**                                                                                                           **Unknown**

**Texas Bank and Trust Company**          Last 4 digits of account number    E    R    I    V
Nonpriority Creditor's Name
**Attn:  Jane Henry**                     **When was the debt incurred?**    _____
Number     Street
**PO Box 3188**                           **As of the date you file, the claim is:** Check all that apply.
                                          ☑ Contingent
_____           ☑ Unliquidated
                                          ☑ Disputed
**Longview**          **TX**    **75606**
City                  State    ZIP Code   **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
☐ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☑ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**           **Business Debt**
☑ No
☐ Yes

**PWER IV Promissory Note Personal Guaranty**

Debtor 1    **Nicholas Warren McLain**                                              Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.36

**Unknown**

**Texas Leopard, LLC**
Nonpriority Creditor's Name
**Attn:  Burris McRee**
Number      Street
**6000 S. Staples, Suite 205**

_____

**Corpus Christi**        **TX**      **78413**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Contingent Lease liablity due to personal guaranty**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

### 4.37

**Unknown**

**Texas Leopard, LLC**
Nonpriority Creditor's Name
**Attn:  Burris McRee**
Number      Street
**6000 S. Staples, Suite 205**

_____

**Corpus Christi**        **TX**      **78413**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Contingent Lease liablity due to personal guaranty**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

Debtor 1   **Nicholas Warren McLain** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.38                                                                                                    **Unknown**

**TWF Partners, LLC**
Nonpriority Creditor's Name
**4141 S. Staples Suite 300**
Number        Street
_____

**Corpus Christi       TX      78411**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**Contingent Lease liablity due to personal guaranty**

4.39                                                                                                    **Unknown**

**Vaquero Ventures**
Nonpriority Creditor's Name
**2900 Wingate St. Ste. 200**
Number        Street
_____

**Fort Worth           TX      76107**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**Contingent Lease liablity due to personal guaranty**

Debtor 1    **Nicholas Warren McLain**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.40**                                                                          **Unknown**

**Weatherford/ Douglas LLC**
Nonpriority Creditor's Name
**402 Calle Miramar**
Number        Street

_____

**Redondo Beach        CA      90277**
City                            State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

**Potential contingent lease liablity due to personal guaranty--property transferred to 3rd tenant**

**4.41**                                                                          **Unknown**

**White Oaks Development**
Nonpriority Creditor's Name
**5101 Wheelis Drive**
Number        Street
**Suite 310**

_____

**Memphis              TN      38117**
City                            State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

Debtor 1    **Nicholas Warren McLain**                                           Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |

4.42                                                                                        **Unknown**

**YACO Properties, LLC**
Nonpriority Creditor's Name
**Attn:  Henry Yates**
Number      Street
**3825 Canoe Creek Road**
_____

**Saint Cloud**          **FL**     **34772**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Personal Guaranty of lease--company went out of business**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

4.43                                                                                        **Unknown**

**Zhorne Family Limited Partnership Three**
Nonpriority Creditor's Name
**c/o Premiere Management**
Number      Street
**103 South White Oak Road**
_____

**White Oak**            **TX**     **75693**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Contingent Lease liablity due to personal guaranty**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

Debtor 1    **Nicholas Warren McLain**                                              Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Adam Rowe**
Name
**1500 S. Lamar Blvd.**
Number        Street
**APT. 1045**

**Austin**              **TX**    **78704**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Andrew Lawrence**
Name
**2787 Diane Ave SE**
Number        Street

**Palm Bay**            **FL**    **32909**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**ATTORNEY GENERAL**
Name
**TAX DIV. - BANKRUPTCY**
Number        Street
**POB 12548**

**AUSTIN**              **TX**    **78711**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Attorney General**
Name
**Department of Justice**
Number        Street
**10th and Constitution Ave N.W.**
**Rm. 400**

**Washington**          **DC**    **20530**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Ballard Spahr LLP**
Name
**1 East Washington Street**
Number        Street
**Suite 2300**

**Phoenix**             **AZ**    **85004-2555**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Attorney for -SCF RC**
**Funding I, LLC**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _6_ _0_ _3_ _5_

---

Debtor 1    **Nicholas Warren McLain**                                                      Case number (if known) _____

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**Borgata Partners, LLC**
Name
**619 W. Texas, Suite 106**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __  __ __  __ __  __ __

**Midland**                **TX**    **79701**
City                        State   ZIP Code

**Personal Guaranty of lease-company went bankrupt**

---

**Buckley & Associates**
Name
**Attn: Patrick McVay**
Number       Street
**101 N. Shoreline Blvd., Suite 500**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __  __ __  __ __  __ __

**Corpus Christi**          **TX**    **78401**
City                        State   ZIP Code

**Contingent liabilty for past accounting services**

---

**Carrie de Moor**
Name
**12600 Rolater Rd - Suite 100**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __  __ __  __ __  __ __

**Frisco**                  **TX**    **75035**
City                        State   ZIP Code

---

**Carrington, Coleman, Sloman & Blumenthal**
Name
**901 Main Street**
Number       Street
**Suite 5500**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.27** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __4__  __1__  __6__  __1__

**Dallas**                  **TX**    **75202**
City                        State   ZIP Code

---

**Carrington, Coleman, Sloman & Blumenthal**
Name
**901 Main Street**
Number       Street
**Suite 5500**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.26** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __4__  __4__  __3__  __5__

**Dallas**                  **TX**    **75202**
City                        State   ZIP Code

---

**Carrington, Coleman, Sloman & Blumenthal**
Name
**901 Main Street**
Number       Street
**Suite 5500**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.25** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __4__  __1__  __3__  __5__

**Dallas**                  **TX**    **75202**
City                        State   ZIP Code

Debtor 1    **Nicholas Warren McLain**  _____    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number        Street

**Katy**                    **TX**    **77494**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Code 3 Emergency Partners, L.L.C.**
Name
**12600 Rolater Rd - Suite 100**
Number        Street

**Frisco**                    **TX**    **75035**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Colven, Tran, & Meredith PC**
Name
**1401 Burnham Drive**
Number        Street

**Plano**                    **TX**    **75093**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.24** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _1_ _6_ _1_ _8_

---

**Devlyn Corrigan**
Name
**10965 Bluffside Dr. Apt. 161**
Number        Street

**Studio City**                    **CA**    **91604**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**FORT BEND TAX APPRAISAL DISTRICT**
Name
**2801 B.F. Terry Blvd (FM 2218)**
Number        Street

**Rosenberg**                    **TX**    **77471**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**GALVESTON COUNTY TAX OFFICE**
Name
**P.O. BOX 1169**
Number        Street

**GALVESTON**                    **TX**    **77553-1169**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

Debtor 1    **Nicholas Warren McLain**    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**GE Capital Franchise Finance Corp**
Name
**8377 E. Hartford Dr**
Number    Street
**Suite 200**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**Scottsdale**         **AZ**   **85255**
City             State   ZIP Code

---

**Haritha Mikkilineni**
Name
**2010 Córdoba Cove**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**Westlake**          **TX**   **76262**
City             State   ZIP Code

---

**Harris County**
Name
**c/o John Dillman**
Number    Street
**PO Box3064**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**TAXES**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**Houston**          **TX**   **77253-3064**
City             State   ZIP Code

---

**Harris County Tax Assessor-Collector**
Name
**Ann Harris Bennett**
Number    Street
**PO Box 3547**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  _0_ _0_ _1_ _8_

**Houston**          **TX**   **77253**
City             State   ZIP Code
**Annual Tax Liability**

---

**HARRIS COUNTY/CITY OF HOUSTON**
Name
**C/O BANKRUPTCY DEPT**
Number    Street
**PO BOX 3064**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Taxes**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**HOUSTON**          **TX**   **77253-3064**
City             State   ZIP Code

---

**Hassan Albeige**
Name
**6805 Cherryhill**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**Tyler**            **TX**   **75703**
City             State   ZIP Code

---

Debtor 1   **Nicholas Warren McLain**  Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Humble ISD School District**
Name
**Janice P. Himpele**
Number      Street
**PO Box 4020**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Houston**          **TX**    **77210**
City                State   ZIP Code

**Last 4 digits of account number**   0   0   1   8

**Annual Tax Liability**

**ICCG**
Name
**555 Republic Drive, Suite 109**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Plano**          **TX**    **75074**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

**Internal Revenue Service**
Name
**STOP 6692 AUSC**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Taxes**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Austin**          **TX**    **73301-0030**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

**Internal Revenue Service**
Name
**Insolvency Department**
Number      Street
**PO Box 7346**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Taxes**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Philadelphia**          **PA**    **19101-7346**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

**Internal Revenue Service**
Name
**1919 Smith St.**
Number      Street
**Stop 5024 HOU**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Taxes**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Houston**          **TX**    **77002**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

**IRS**
Name
**8701 S. GESSNER**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**TAXES**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**HOUSTON**          **TX**    **77074**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**IRS**
Name
**PO BOX 149047**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**AUSTIN**              **TX**    **78714**
City                  State    ZIP Code

---

**James Sykes**
Name
**5508 Drexel Court**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**Midland**              **TX**    **79707**
City                  State    ZIP Code

---

**James Yates**
Name
**319 Manila Ave.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**Long Beach**          **CA**    **90814**
City                  State    ZIP Code

---

**Jeremy Kroes**
Name
**370 Margo Ave**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**Long Beach**          **CA**    **90803**
City                  State    ZIP Code

---

**Kurt Sauer Attorney PLLC**
Name
**901 S. Mopac Expwy**
Number        Street
**Bldg 1, Ste. 300**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**Austin**              **TX**    **78746**
City                  State    ZIP Code

---

**Kyungho S. Choi**
Name
**c/o Mindy Hamm**
Number        Street
**500 W Illinois, Suite 300**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**Midland**              **TX**    **79701**
City                  State    ZIP Code

Debtor 1      **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Law Office of Daniel S. Gonzalez**
Name
**909 E. Rio Grande Ave**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.28**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**El Paso**              **TX**    **79902**
City                    State   ZIP Code

Last 4 digits of account number   **0   6   4   1**

**Law Office of Daniel S. Gonzalez**
Name
**909 E. Rio Grande Ave**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.2**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**El Paso**              **TX**    **79902**
City                    State   ZIP Code

Last 4 digits of account number   **0   6   4   1**

**LEF**
Name
**2393 HG Mosely Bldg 4 Suite 102**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Longview**             **TX**    **75605**
City                    State   ZIP Code

Last 4 digits of account number   __ __ __ __

**LEMA**
Name
**2393 HG Mosely Bldg 4 Suite 102**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Longview**             **TX**    **75605**
City                    State   ZIP Code

Last 4 digits of account number   __ __ __ __

**MONTGOMERY COUNTY**
Name
**TAX COLLECTOR**
Number      Street
**400 N SAN JACINTO**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**CONROE**               **TX**    **77301-2823**
City                    State   ZIP Code

Last 4 digits of account number   __ __ __ __

**Potter Minton**
Name
**E Glenn Thames, Jr.**
Number      Street
**110 N College**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.35**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Suite 500**

**Tyler**                **TX**    **75702**
City                    State   ZIP Code

Last 4 digits of account number   **5   4   8   A**

Debtor 1      **Nicholas Warren McLain** _____      Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Potter Minton**
Name
**E Glenn Thames, Jr.**
Number      Street
**110 N College**

**Suite 500**

**Tyler**                          **TX**      **75702**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.34**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **5    4    8    A**

---

**Potter Minton**
Name
**E Glenn Thames, Jr.**
Number      Street
**110 N College**

**Suite 500**

**Tyler**                          **TX**      **75702**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.33**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **5    4    8    A**

---

**Presidio Health**
Name
**38 Keyes Ave, Ste 116**
Number      Street



**San Fransisco**              **CA**      **94129**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     __  __  __  __

---

**Randolph N. Osherow**
Name
**Chapter 7 Trustee**
Number      Street
**342 W. Woodlawn, Ste. 100**



**San Antonio**               **TX**      **78212**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     __  __  __  __

---

**Rishad Hyder**
Name
**12608 Richezza Drive**
Number      Street



**Venice**                        **FL**      **34293**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     __  __  __  __

---

**Scott Choi**
Name
**2201 Rocky Lane Rd**
Number      Street
**#707**



**Odessa**                        **TX**      **79762**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     __  __  __  __

Debtor 1   **Nicholas Warren McLain**                                          Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**SECURITIES AND EXCHANGE**
Name
**COMMISSION**
Number      Street
**450 FIFTH STREET NW**

**WASHINGTON**          **DC**     **20549**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
Name
**111 E. 17TH STREET**
Number      Street
**AUSTIN, TX 78774-0100**

**Attn:  Bankruptcy Dept**

City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Taxes**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Texas Workforce Commission**
Name
**PO Box 149037**
Number      Street

**Austin**               **TX**     **78714-9037**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Taxes**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**U.S. Attorney's Office**
Name
**Southern District of Texas**
Number      Street
**1000 Louisiana, Ste. 2300**

**Houston**              **TX**     **77002**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**UNITED STATES TRUSTEE**
Name
**515 Rusk Avenue, Ste. 3516**
Number      Street

**Houston**              **TX**     **77002**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Wayne Fagan**
Name
**4141 S. Staples Suite 300**
Number      Street

**Corpus Christi**       **TX**     **78411**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Winstead PC**
Name
**300 Throckmorton Street**
Number      Street
**Suite 1700**

**Fort Worth**              **TX**    **76102**
City                       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.20**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6    4    6    3**

---

**Woodstream Community Association, Inc**
Name
**FirstService Houston**
Number      Street
**PO Box 62019**

**Newark**              **NJ**    **07101-8060**
City                       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   _____   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt**                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6    4    0    8**

---

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.     Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
       28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

| | | | | Total claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.**    Add lines 6a through 6d. | 6d. | **$0.00** |

| | | | | Total claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | **$3,627,166.68** |
| | 6j. | **Total.**    Add lines 6f through 6i. | 6j. | **$3,627,166.68** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u><strong>Nicholas</strong></u><br>First Name</td><td><u><strong>Warren</strong></u><br>Middle Name</td><td><u><strong>McLain</strong></u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u><strong>SOUTHERN DISTRICT OF TEXAS</strong></u></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Alamo Healthcare Partners, LLC**<br>Name<br>**Attn: Dianna Burns, M.D.**<br>Number    Street<br>**PO Box 781204**<br><br>**San Antonio**           **TX**    **78278-1204**<br>City                              State    ZIP Code | **Lease- 813 N. Main, Cibolo, Texas 78107**<br>**Contract to be REJECTED** |
| 2.2 | **Borgata Partners, LLC**<br>Name<br>**619 W. Texas, Suite 106**<br>Number    Street<br><br>**Midland**              **TX**    **79701**<br>City                              State    ZIP Code | **Lease- 3415 North Loop 250 West, Midland, TX**<br>**Contract to be REJECTED** |
| 2.3 | **Bryan C. Bateman**<br>Name<br>**c/o Drake Management Services, LLC**<br>Number    Street<br>**103 Baylor Dr.**<br><br>**Tyler**                **TX**    **75703**<br>City                              State    ZIP Code | **Lease- 6718 S. Broadway Ave. Tyler, TX  75703**<br>**Contract to be REJECTED** |
| 2.4 | **Excel Odessa, LLC**<br>Name<br>**Attn:  The Woodmont Company**<br>Number    Street<br>**c/o 2100 West 7th Street**<br><br>**Fort Worth**           **TX**    **76107**<br>City                              State    ZIP Code | **Lease- Chimney Rock Shopping Center, Odessa, TX**<br>**Contract to be REJECTED** |

09/16/2019 12:03:16pm

Debtor 1    **Nicholas Warren McLain**                                      Case number (if known) _____

███████    **Additional Page if You Have More Contracts or Leases**

Person or company with whom you have the contract or lease                    What the contract or lease is for

2.5    **GE Capital Franchise Finance Corp**                                  **Lease- 824 W. Airport Freeway, Hurst, TX**
       Name                                                                   **Contract to be REJECTED**
       **8377 E. Hartford Dr**
       Number    Street
       **Suite 200**

       **Scottsdale**                    **AZ**      **85255**
       City                              State       ZIP Code

2.6    **GE Healthcare**                                                      **Equipment Agreement**
       Name                                                                   **Contract to be REJECTED**
       **PO Box 96483**
       Number    Street

       **Chicago**                       **IL**      **60693**
       City                              State       ZIP Code

2.7    **Gibson Heights, LLC**                                                **Lease- 4102 Gibson Ln, Texarkana, TX**
       Name                                                                   **Contract to be REJECTED**
       **2703 Richmond Rd**
       Number    Street

       **Texarkana**                     **TX**      **75503**
       City                              State       ZIP Code

2.8    **HEB Grocery Company, LP**                                            **Lease- 2475 Highway 46, Suite 70, Spring Branch**
       Name                                                                   **Contract to be REJECTED**
       **P.O. Box 839955**
       Number    Street

       **San Antonio**                   **TX**      **78283-3955**
       City                              State       ZIP Code

2.9    **HEB Grocery Company, LP**                                            **Lease- 11154 Leopard St, Corpus Christi, TX**
       Name                                                                   **Contract to be REJECTED**
       **P.O. Box 839955**
       Number    Street

       **San Antonio**                   **TX**      **78283-3955**
       City                              State       ZIP Code

2.10   **Hunt Development, Ltd.**                                             **Lease- 5521 Saratoga Blvd #100, Corpus Christi,**
       Name                                                                   **Contract to be REJECTED**
       **910 Windmill Ranch Rd.**
       Number    Street

       **Spring Branch**                 **TX**      **78070**
       City                              State       ZIP Code

2.11   **Kent Holding, LLC**                                                  **Lease- 1420 North St. Nacogdoches, TX 75961**
       Name                                                                   **Contract to be REJECTED**
       **Attn:  Mark Langfan**
       Number    Street
       **119 West 57th St., #906**

       **New York**                      **NY**      **10019**
       City                              State       ZIP Code

Debtor 1    **Nicholas Warren McLain**      Case number (if known) _____

## ▇ Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.12** **Larry Little**
Name
**1400 Capital Ave.**
Number   Street

**Plano**      **TX**    **75074**
City      State    ZIP Code

**Loan Agreement**
**Contract to be REJECTED**

**2.13** **MIMCO, Inc**
Name
**c/o CB Paso, LLC**
Number   Street
**6500 Montana Avenue**

**El Paso**      **TX**    **79925**
City      State    ZIP Code

**Lease- 3154 S.E Military Drive, San Antonio, TX 78223**

**Contract to be REJECTED**

**2.14** **Plains Capital Bank**
Name
**500 N. Shoreline Blvd**
Number   Street
**Suite 200**

**Corpus Christi**      **TX**    **78401**
City      State    ZIP Code

**Loan Agreement- Coastal ER VII, LLC**
**Contract to be REJECTED**

**2.15** **Plains Capital Bank**
Name
**500 N. Shoreline Blvd**
Number   Street
**Suite 200**

**Corpus Christi**      **TX**    **78401**
City      State    ZIP Code

**Loan Agreement- Coastal ER II, LLC**
**Contract to be REJECTED**

**2.16** **Pleasant Run Courtyard, Inc**
Name
**Attn: Anneke Cronje**
Number   Street
**300 Throckmorton Street, Suite 1700**

**Fort Worth**      **TX**    **76102**
City      State    ZIP Code

**Lease- 3250 W. Pleasant Run Road, Suite 300, Lancaster, TX 75146**
**Contract to be REJECTED**

**2.17** **Prosperity Bank**
Name
**4115 South Staples**
Number   Street

**Corpus Christi**      **TX**    **78411**
City      State    ZIP Code

**Loan Agreement- Brazos Valley ER, LLC**
**Contract to be REJECTED**

**2.18** **Prosperity Bank**
Name
**4115 South Staples**
Number   Street

**Corpus Christi**      **TX**    **78411**
City      State    ZIP Code

**Loan Agreement- Coastal ER VIII, LLC**
**Contract to be REJECTED**

Debtor 1    **Nicholas Warren McLain**                                          Case number (if known) _____

███████    **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.19**  **PRU CB LIMITED PARTNERSHIP**
Name
**c/o HPI Real Estate Management, Inc.**
Number      Street
**842 NW Loop 410, Suite 119**

**San Antonio**                    **TX**        **78216**
City                                      State        ZIP Code

**Lease- 3154 S.E Military Drive, San Antonio, TX 78223**
**Contract to be REJECTED**

**2.20**  **PSK Properties and Investment, LLC**
Name
**Atty: John H. Ivie, III**
Number      Street
**1401 Burnham Dr.**

**Plano**                              **TX**        **75093**
City                                      State        ZIP Code

**Lease- 4561 Heritage Trace Parkway,Keller, TX**
**Contract to be REJECTED**

**2.21**  **Regions Bank**
Name
**3017 West 7th Street**
Number      Street
**Ste. 410**

**Fort Worth**                      **TX**        **76107**
City                                      State        ZIP Code

**Loan Agreement- North Texas ER I, LLC**
**730 Adams DRive, Weatherford, TX 76086**
**Contract to be REJECTED**

**2.22**  **Regions Bank**
Name
**3017 West 7th Street**
Number      Street
**Ste. 410**

**Fort Worth**                      **TX**        **76107**
City                                      State        ZIP Code

**Loan Agreement- Permian ER I, LLC**
**Contract to be REJECTED**

**2.23**  **Regions Bank**
Name
**3017 West 7th Street**
Number      Street
**Ste. 410**

**Fort Worth**                      **TX**        **76107**
City                                      State        ZIP Code

**Loan Agreement- Arisen Business Ventures, LLC**
**Contract to be REJECTED**

**2.24**  **Scotsdale Square, LTD.**
Name
**1506 Texas Avenue**
Number      Street

**Lubbock**                          **TX**        **79401**
City                                      State        ZIP Code

**Lease- 3201 N. Midland Dr., Midland, TX  79707**
**Contract to be REJECTED**

**2.25**  **Security Bank**
Name
**Odessa Billy Hext**
Number      Street
**600 N. Marienfeld**

**Midland**                          **TX**        **79701**
City                                      State        ZIP Code

**Loan Agreement- Permian ER III, LLC**
**6131 E. Hwy 191, Odessa, TX 79762**
**Contract to be REJECTED**

Debtor 1    **Nicholas Warren McLain**        Case number (if known) _____

███    **Additional Page if You Have More Contracts or Leases**

| **Person or company with whom you have the contract or lease** | | | **What the contract or lease is for** |
|---|---|---|---|
| 2.26 | **Texas Bank & Trust** | | **Compromise Settlement Agreement** |
| | Name | | **Contract to be REJECTED** |
| | **PO Box 3188** | | |
| | Number   Street | | |
| | **Longview** | **TX** **75606** | |
| | City | State ZIP Code | |
| 2.27 | **Texas Bank & Trust** | | **Loan Agreement- Piney Woods ER II, LLC 120 Clay** |
| | Name | | **St, Longview, TX 75605** |
| | **PO Box 3188** | | **Contract to be REJECTED** |
| | Number   Street | | |
| | **Longview** | **TX** **75606** | |
| | City | State ZIP Code | |
| 2.28 | **Texas Bank & Trust** | | **Loan Agreement- Piney Woods ER III, LLC 4102** |
| | Name | | **Gibson Lane, Texarkana, TX 75503** |
| | **PO Box 3188** | | **Contract to be REJECTED** |
| | Number   Street | | |
| | **Longview** | **TX** **75606** | |
| | City | State ZIP Code | |
| 2.29 | **Texas Bank & Trust** | | **Loan Agreement- Piney Woods ER IV, LLC 1424 Main** |
| | Name | | **St, Nacagdoches, TX 75961** |
| | **PO Box 3188** | | **Contract to be REJECTED** |
| | Number   Street | | |
| | **Longview** | **TX** **75606** | |
| | City | State ZIP Code | |
| 2.30 | **Texas Leopard, LLC** | | **Lease- 2411 Boonville Rd, Bryan, TX 77808** |
| | Name | | |
| | **Attn: Burris McRee** | | **Contract to be REJECTED** |
| | Number   Street | | |
| | **6000 S. Staples, Suite 205** | | |
| | **Corpus Christi** | **TX** **78413** | |
| | City | State ZIP Code | |
| 2.31 | **Texas Leopard, LLC** | | **Lease- 7750 S Padre Island Dr, Corpus Christi,** |
| | Name | | **Contract to be REJECTED** |
| | **Attn: Burris McRee** | | |
| | Number   Street | | |
| | **6000 S. Staples, Suite 205** | | |
| | **Corpus Christi** | **TX** **78413** | |
| | City | State ZIP Code | |
| 2.32 | **TWF Partners, LLC** | | **Lease- 4141 S. Staples, Corpus Christi, TX 784** |
| | Name | | **Contract to be REJECTED** |
| | **4141 S. Staples Suite 300** | | |
| | Number   Street | | |
| | **Corpus Christi** | **TX** **78411** | |
| | City | State ZIP Code | |

Debtor 1     **Nicholas Warren McLain**_____     Case number (if known) _____

███     **Additional Page if You Have More Contracts or Leases**

**Person or company with whom you have the contract or lease**          **What the contract or lease is for**

| | | | |
|---|---|---|---|
| 2.33 | **Vaquero Ventures** | | **Lease- Potranco--12314 FM 1957, San Antonio, TX** |
| | Name | | **Contract to be REJECTED** |
| | **2900 Wingate St. Ste. 200** | | |
| | Number     Street | | |
| | | | |
| | **Fort Worth** | **TX**     **76107** | |
| | City | State     ZIP Code | |

| | | | |
|---|---|---|---|
| 2.34 | **Weatherford/ Douglas LLC** | | **Lease- 730 Adams Dr., Weatherford, TX 76086** |
| | Name | | **Contract to be REJECTED** |
| | **402 Calle Miramar** | | |
| | Number     Street | | |
| | | | |
| | **Redondo Beach** | **CA**     **90277** | |
| | City | State     ZIP Code | |

| | | | |
|---|---|---|---|
| 2.35 | **White Oaks Development** | | **Lease- Portland Crossing Shopping Center** |
| | Name | | **Contract to be REJECTED** |
| | **5101 Wheelis Drive** | | |
| | Number     Street | | |
| | **Suite 310** | | |
| | **Memphis** | **TN**     **38117** | |
| | City | State     ZIP Code | |

| | | | |
|---|---|---|---|
| 2.36 | **YACO Properties, LLC** | | **Lease- 4102 Gibson Lane, Texarkana, TX 75503** |
| | Name | | **Contract to be REJECTED** |
| | **Attn:  Henry Yates** | | |
| | Number     Street | | |
| | **3825 Canoe Creek Road** | | |
| | **Saint Cloud** | **FL**     **34772** | |
| | City | State     ZIP Code | |

| | | | |
|---|---|---|---|
| 2.37 | **Zhorne Family Limited Partnership Three** | | **Lease- 120 Clay St. Longview, TX  75605** |
| | Name | | **Contract to be REJECTED** |
| | **c/o Premiere Management** | | |
| | Number     Street | | |
| | **103 South White Oak Road** | | |
| | **White Oak** | **TX**     **75693** | |
| | City | State     ZIP Code | |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Warren** | **McLain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live?   **Texas**   Fill in the name and current address of that person.

   **Elfrida Marian McLain**
   Name of your spouse, former spouse, or legal equivalent
   **3002 Willow Wood Trail**
   Number        Street

   **Kingwood**          **TX**      **77345**
   City                    State      ZIP Code

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  Your codebtor

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Aaron Terry** | |
   |---|---|---|
   | | Name | |

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line **4.1**
   ☐ Schedule G, line _____

   Number        Street

   **Alamo Healthcare Partners, LLC**

   City                    State      ZIP Code

Debtor 1     **Nicholas Warren McLain**        Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.2**

**Arthur Abello**
Name

_____
Number     Street

_____

_____
City        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.1**
☐ Schedule G, line _____
**Alamo Healthcare Partners, LLC**

---

**3.3**

**Brian Maneevese**
Name
**2819 Rusk Street**
Number     Street

_____

**Houston**      **TX**     **77003**
City        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.26**
☐ Schedule G, line _____
**Regions Bank**

---

**3.4**

**Candace Cardon**
Name

_____
Number     Street

_____

_____
City        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.1**
☐ Schedule G, line _____
**Alamo Healthcare Partners, LLC**

---

**3.5**

**Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number     Street

_____

**Katy**      **TX**     **77494**
City        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.27**
☐ Schedule G, line _____
**Regions Bank**

---

**3.6**

**Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number     Street

_____

**Katy**      **TX**     **77494**
City        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.20**
☐ Schedule G, line _____
**Pleasant Run Courtyard, Inc**

---

**3.7**

**Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number     Street

_____

**Katy**      **TX**     **77494**
City        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.26**
☐ Schedule G, line _____
**Regions Bank**

---

Debtor 1    **Nicholas Warren McLain**                                         Case number (if known) _____

███    **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                                        Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.8**    **Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.24**__
☐ Schedule G, line _____

**Katy**                        **TX**        **77494**                **PSK Properties and Investment, LLC**
City                           State      ZIP Code

**3.9**    **Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.41**__
☐ Schedule G, line _____

**Katy**                        **TX**        **77494**                **White Oaks Development**
City                           State      ZIP Code

**3.10**   **Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.18**__
☐ Schedule G, line _____

**Katy**                        **TX**        **77494**                **GE Capital Franchise Finance Corp**
City                           State      ZIP Code

**3.11**   **Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.31**__
☐ Schedule G, line _____

**Katy**                        **TX**        **77494**                **Scotsdale Square, LTD.**
City                           State      ZIP Code

**3.12**   **Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.6**__
☐ Schedule G, line _____

**Katy**                        **TX**        **77494**                **Borgata Partners, LLC**
City                           State      ZIP Code

**3.13**   **Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.37**__
☐ Schedule G, line _____

**Katy**                        **TX**        **77494**                **Texas Leopard, LLC**
City                           State      ZIP Code

Debtor 1   **Nicholas Warren McLain** _____   Case number (if known) _____

| **Additional Page to List More Codebtors** |
|---|

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.14**  **Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number      Street

**Katy**                    **TX**        **77494**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line___**4.39**___
☐ Schedule G, line _____
**Vaquero Ventures**

**3.15**  **Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number      Street

**Katy**                    **TX**        **77494**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line___**4.36**___
☐ Schedule G, line _____
**Texas Leopard, LLC**

**3.16**  **Christopher Chi Yong Kwon**
Name
**4523 Marbrook Meadow Lane**
Number      Street

**Katy**                    **TX**        **77494**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line___**4.17**___
☐ Schedule G, line _____
**Permian ER II, LLC**

**3.17**  **Christopher Kwon**
Name
**4523 Marbrook Meadow Ln**
Number      Street

**Katy**                    **TX**        **77496**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line___**4.23**___
☐ Schedule G, line _____
**PRU CB LIMITED PARTNERSHIP**

**3.18**  **Colin O'Dea**
Name

Number      Street


City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line___**4.1**___
☐ Schedule G, line _____
**Alamo Healthcare Partners, LLC**

**3.19**  **David Kenyon**
Name
**4957 Oakmont Drive**
Number      Street

**Corpus Christi**          **TX**        **78413**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line___**4.39**___
☐ Schedule G, line _____
**Vaquero Ventures**

Debtor 1 __Nicholas Warren McLain__                    Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                         *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.20** **Elfrida McLain**
Name
**3002 Willow Wood Trail**
Number      Street

☐ Schedule D, line _____
☒ Schedule E/F, line __5.18__
☐ Schedule G, line _____

**Kingwood**          **TX**      **77345**
City                  State      ZIP Code

**GE Capital Franchise Finance Corp**

**3.21** **Elfrida McLain**
Name
**3002 Willow Wood Trail**
Number      Street

☐ Schedule D, line _____
☒ Schedule E/F, line __4.23__
☐ Schedule G, line _____

**Kingwood**          **TX**      **77345**
City                  State      ZIP Code

**PRU CB LIMITED PARTNERSHIP**

**3.22** **Heather Torrez**
Name

Number      Street

☐ Schedule D, line _____
☒ Schedule E/F, line __4.1__
☐ Schedule G, line _____

City                  State      ZIP Code

**Alamo Healthcare Partners, LLC**

**3.23** **Hilary Christensen**
Name

Number      Street

☐ Schedule D, line _____
☒ Schedule E/F, line __4.1__
☐ Schedule G, line _____

City                  State      ZIP Code

**Alamo Healthcare Partners, LLC**

**3.24** **James Grieme**
Name

Number      Street

☐ Schedule D, line _____
☒ Schedule E/F, line __4.1__
☐ Schedule G, line _____

City                  State      ZIP Code

**Alamo Healthcare Partners, LLC**

**3.25** **James Sykes**
Name
**5508 Drexel Court**
Number      Street

☐ Schedule D, line _____
☒ Schedule E/F, line __4.26__
☐ Schedule G, line _____

**Midland**           **TX**      **79707**
City                  State      ZIP Code

**Regions Bank**

Debtor 1    **Nicholas Warren McLain**                                          Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.26 | **James Yates** |
|---|---|
| | Name |
| | **319 Manila Ave.** |
| | Number      Street |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.26**__
☐ Schedule G, line _____

**Long Beach**                    **CA**        **90814**
City                                    State        ZIP Code

**Regions Bank**

| 3.27 | **Jarad Shahan** |
|---|---|
| | Name |
| | **6534 Miranda Drive** |
| | Number      Street |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.37**__
☐ Schedule G, line _____

**Corpus Christi**                **TX**        **78414**
City                                    State        ZIP Code

**Texas Leopard, LLC**

| 3.28 | **Jarad Shahan** |
|---|---|
| | Name |
| | **6534 Miranda Drive** |
| | Number      Street |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.39**__
☐ Schedule G, line _____

**Corpus Christi**                **TX**        **78414**
City                                    State        ZIP Code

**Vaquero Ventures**

| 3.29 | **Jarad Shahan** |
|---|---|
| | Name |
| | **6534 Miranda Drive** |
| | Number      Street |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.36**__
☐ Schedule G, line _____

**Corpus Christi**                **TX**        **78414**
City                                    State        ZIP Code

**Texas Leopard, LLC**

| 3.30 | **Jared Shahan** |
|---|---|
| | Name |
| | **6534 Miranda Drive** |
| | Number      Street |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.9**__
☐ Schedule G, line _____

**Corpus Christi**                **TX**        **78414**
City                                    State        ZIP Code

**HEB Grocery Company, LP**

| 3.31 | **Jason Rogers** |
|---|---|
| | Name |
| | **1500 E. Ocean Blvd** |
| | Number      Street |
| | **Apt 406** |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.20**__
☐ Schedule G, line _____

**Long Beach**                    **CA**        **90802**
City                                    State        ZIP Code

**Pleasant Run Courtyard, Inc**

Debtor 1    **Nicholas Warren McLain**                                          Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                                      *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.32**   **Jason Rogers**
Name
**1500 E. Ocean Blvd**
Number        Street
**Apt 406**

**Long Beach**                **CA**        **90802**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.18**
☐ Schedule G, line _____
**GE Capital Franchise Finance Corp**

**3.33**   **John DiPasquale**
Name
**393 HG Mosley**
Number        Street
**Bldg 4, Suite 101**

**Longview**                  **TX**        **75604**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.33**
☐ Schedule G, line _____
**Texas Bank and Trust Company**

**3.34**   **John DiPasquale**
Name
**393 HG Mosley**
Number        Street
**Bldg 4, Suite 101**

**Longview**                  **TX**        **75604**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.34**
☐ Schedule G, line _____
**Texas Bank and Trust Company**

**3.35**   **John DiPasquale**
Name
**393 HG Mosley**
Number        Street
**Bldg 4, Suite 101**

**Longview**                  **TX**        **75604**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.35**
☐ Schedule G, line _____
**Texas Bank and Trust Company**

**3.36**   **Jordan Schwirlich**
Name
**14314 Playa de Ray**
Number        Street

**Corpus Christi**            **TX**        **78418**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.9**
☐ Schedule G, line _____
**HEB Grocery Company, LP**

**3.37**   **Joseph Aldrich**
Name

Number        Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1**
☐ Schedule G, line _____
**Alamo Healthcare Partners, LLC**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| | **Additional Page to List More Codebtors** |

Column 1:  **Your codebtor**                          Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.38**   **Joseph Olson**
Name

Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.1**
☐ Schedule G, line _____

City                          State      ZIP Code

**Alamo Healthcare Partners, LLC**

**3.39**   **Junal Thakrar**
Name

Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.1**
☐ Schedule G, line _____

City                          State      ZIP Code

**Alamo Healthcare Partners, LLC**

**3.40**   **Justin Brown**
Name

Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.1**
☐ Schedule G, line _____

City                          State      ZIP Code

**Alamo Healthcare Partners, LLC**

**3.41**   **Ki Jung Kwon**
Name
**4523 Marbrook Meadow Ln**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.18**
☐ Schedule G, line _____

**Katy**                       **TX**      **77494**
City                          State      ZIP Code

**GE Capital Franchise Finance Corp**

**3.42**   **Kyungho S. Choi**
Name
**c/o Mindy Hamm**
Number      Street
**500 W Illinois, Suite 300**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.26**
☐ Schedule G, line _____

**Midland**                    **TX**      **79701**
City                          State      ZIP Code

**Regions Bank**

**3.43**   **Kyungho S. Choi**
Name
**c/o Mindy Hamm**
Number      Street
**500 W Illinois, Suite 300**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.31**
☐ Schedule G, line _____

**Midland**                    **TX**      **79701**
City                          State      ZIP Code

**Scotsdale Square, LTD.**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                                              *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.44**   **Kyungho S. Choi**
Name
**c/o Mindy Hamm**
Number      Street
**500 W Illinois, Suite 300**

**Midland**                          **TX**        **79701**
City                                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.6**
☐ Schedule G, line _____
**Borgata Partners, LLC**

**3.45**   **LEF**
Name
**2393 HG Mosely Bldg 4 Suite 102**
Number      Street

**Longview**                        **TX**        **75605**
City                                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.33**
☐ Schedule G, line _____
**Texas Bank and Trust Company**

**3.46**   **LEF**
Name
**2393 HG Mosely Bldg 4 Suite 102**
Number      Street

**Longview**                        **TX**        **75605**
City                                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.34**
☐ Schedule G, line _____
**Texas Bank and Trust Company**

**3.47**   **LEF**
Name
**2393 HG Mosely Bldg 4 Suite 102**
Number      Street

**Longview**                        **TX**        **75605**
City                                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.35**
☐ Schedule G, line _____
**Texas Bank and Trust Company**

**3.48**   **LEMA**
Name
**2393 HG Mosely Bldg 4 Suite 102**
Number      Street

**Longview**                        **TX**        **75605**
City                                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.33**
☐ Schedule G, line _____
**Texas Bank and Trust Company**

**3.49**   **LEMA**
Name
**2393 HG Mosely Bldg 4 Suite 102**
Number      Street

**Longview**                        **TX**        **75605**
City                                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.34**
☐ Schedule G, line _____
**Texas Bank and Trust Company**

Debtor 1    **Nicholas Warren McLain**                                              Case number (if known) _____

███    **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.50 | **LEMA** |
|------|----------|

Name

**2393 HG Mosely Bldg 4 Suite 102**
Number       Street

_____

**Longview**                    **TX**    **75605**
City                            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.35**
☐ Schedule G, line _____

**Texas Bank and Trust Company**

| 3.51 | **Lonnie Schwirtlich** |
|------|------------------------|

Name

**14314 Playa del Rey**
Number       Street

_____

**Corpus Christi**              **TX**    **78414**
City                            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.1**
☐ Schedule G, line _____

**Alamo Healthcare Partners, LLC**

| 3.52 | **Lonnie Schwirtlich** |
|------|------------------------|

Name

**14314 Playa del Rey**
Number       Street

_____

**Corpus Christi**              **TX**    **78414**
City                            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.37**
☐ Schedule G, line _____

**Texas Leopard, LLC**

| 3.53 | **Lonnie Schwirtlich** |
|------|------------------------|

Name

**14314 Playa del Rey**
Number       Street

_____

**Corpus Christi**              **TX**    **78414**
City                            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.39**
☐ Schedule G, line _____

**Vaquero Ventures**

| 3.54 | **Lonnie Schwirtlich** |
|------|------------------------|

Name

**14314 Playa del Rey**
Number       Street

_____

**Corpus Christi**              **TX**    **78414**
City                            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.36**
☐ Schedule G, line _____

**Texas Leopard, LLC**

| 3.55 | **Mark Mower** |
|------|----------------|

Name

_____
Number       Street

_____

_____
City                            State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.1**
☐ Schedule G, line _____

**Alamo Healthcare Partners, LLC**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.56**   **Martin D. Grieme**
Name
**1201 County Rd 18**
Number     Street

**Corpus Christi**          **TX**     **78415**
City                        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.9**___
☐ Schedule G, line _____
**HEB Grocery Company, LP**

---

**3.57**   **Martin Grieme**
Name
**1201 County Rd 18**
Number     Street

**Corpus Christi**          **TX**     **78415**
City                        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.37**___
☐ Schedule G, line _____
**Texas Leopard, LLC**

---

**3.58**   **Martin Grieme**
Name
**1201 County Rd 18**
Number     Street

**Corpus Christi**          **TX**     **78415**
City                        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.23**___
☐ Schedule G, line _____
**PRU CB LIMITED PARTNERSHIP**

---

**3.59**   **Martin Grieme**
Name
**1201 County Rd 18**
Number     Street

**Corpus Christi**          **TX**     **78415**
City                        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.39**___
☐ Schedule G, line _____
**Vaquero Ventures**

---

**3.60**   **Martin Grieme**
Name
**1201 County Rd 18**
Number     Street

**Corpus Christi**          **TX**     **78415**
City                        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.8**___
☐ Schedule G, line _____
**HEB Grocery Company, LP**

---

**3.61**   **Martin Grieme**
Name
**1201 County Rd 18**
Number     Street

**Corpus Christi**          **TX**     **78415**
City                        State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.36**___
☐ Schedule G, line _____
**Texas Leopard, LLC**

---

Debtor 1    **Nicholas Warren McLain**                                        Case number (if known) _____

| **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.62**  **Matthew Cross**
Name

Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.1**__
☐ Schedule G, line _____

City                State      ZIP Code
**Alamo Healthcare Partners, LLC**

**3.63**  **Michael H. Nguyen**
Name
**6323 Yaupon Drive**
Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.37**__
☐ Schedule G, line _____

**Austin**              **TX**      **78759**
City                State      ZIP Code
**Texas Leopard, LLC**

**3.64**  **Michael H. Nguyen**
Name
**6323 Yaupon Drive**
Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.36**__
☐ Schedule G, line _____

**Austin**              **TX**      **78759**
City                State      ZIP Code
**Texas Leopard, LLC**

**3.65**  **Michael Lowry**
Name

Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.1**__
☐ Schedule G, line _____

City                State      ZIP Code
**Alamo Healthcare Partners, LLC**

**3.66**  **Neal A. Ziegler**
Name
**1021 Pavillion St #7**
Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.20**__
☐ Schedule G, line _____

**Dallas**              **TX**      **75204**
City                State      ZIP Code
**Pleasant Run Courtyard, Inc**

**3.67**  **Neal Ziegler**
Name

Number         Street

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.18**__
☐ Schedule G, line _____

City                State      ZIP Code
**GE Capital Franchise Finance Corp**

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| **Additional Page to List More Codebtors** |

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.68 | **Nemet Dadfar** |
|------|------------------|

Name

Number     Street

City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1**
☐ Schedule G, line _____
**Alamo Healthcare Partners, LLC**

| 3.69 | **Paul David Kenyon** |
|------|-----------------------|

Name
**4957 Oakmont Drive**
Number     Street

**Corpus Christi**          **TX**        **78413**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.9**
☐ Schedule G, line _____
**HEB Grocery Company, LP**

| 3.70 | **Paul David Kenyon** |
|------|-----------------------|

Name
**4957 Oakmont Drive**
Number     Street

**Corpus Christi**          **TX**        **78413**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.37**
☐ Schedule G, line _____
**Texas Leopard, LLC**

| 3.71 | **Paul David Kenyon** |
|------|-----------------------|

Name
**4957 Oakmont Drive**
Number     Street

**Corpus Christi**          **TX**        **78413**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.36**
☐ Schedule G, line _____
**Texas Leopard, LLC**

| 3.72 | **Rudyard Hilliard** |
|------|----------------------|

Name

Number     Street

City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1**
☐ Schedule G, line _____
**Alamo Healthcare Partners, LLC**

| 3.73 | **Sebastion Cerna** |
|------|---------------------|

Name

Number     Street

City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1**
☐ Schedule G, line _____
**Alamo Healthcare Partners, LLC**

Debtor 1    **Nicholas Warren McLain**                                                      Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.74**

**Stan Upchurch**
Name
**2393 HG Mosley**
Number        Street
**Bldg 4, Suite 101**

**Longview**            **TX**        **75604**
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.33**___
☐ Schedule G, line _____
**Texas Bank and Trust Company**

---

**3.75**

**Stan Upchurch**
Name
**2393 HG Mosley**
Number        Street
**Bldg 4, Suite 101**

**Longview**            **TX**        **75604**
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.34**___
☐ Schedule G, line _____
**Texas Bank and Trust Company**

---

**3.76**

**Stan Upchurch**
Name
**2393 HG Mosley**
Number        Street
**Bldg 4, Suite 101**

**Longview**            **TX**        **75604**
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.35**___
☐ Schedule G, line _____
**Texas Bank and Trust Company**

---

**3.77**

**Todd Francis**
Name

Number        Street


City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.1**___
☐ Schedule G, line _____
**Alamo Healthcare Partners, LLC**

---

**3.78**

**Zachary Baum**
Name

Number        Street


City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.1**___
☐ Schedule G, line _____
**Alamo Healthcare Partners, LLC**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nicholas | Warren | McLain |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed <br> ☐ Not employed | ☑ Employed <br> ☐ Not employed |
| **Occupation** | Manager | Co-manager |
| **Employer's name** | Physicians Premier Mgmt Services | McLain & Ehimika Family, LP |
| **Employer's address** | PO Box 6040 <br> Number  Street | 3002 Willow Wood Trail <br> Number  Street |
| | Corpus Christi  TX  78466 <br> City   State  Zip Code | Kingwood  TX  77345 <br> City   State  Zip Code |
| **How long employed there?** | 4 Years | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. + $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. $0.00 | $0.00 |

Debtor 1 **Nicholas Warren McLain**                                    Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ..................................................... → | 4. | $0.00 | $0.00 |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| **5e.** Insurance | 5e. | $0.00 | $0.00 |
| **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| **5g.** Union dues | 5g. | $0.00 | $0.00 |
| **5h.** Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |

**6.** Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   **6.**   $0.00   $0.00

**7.** Calculate total monthly take-home pay.   Subtract line 6 from line 4.   **7.**   $0.00   $0.00

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| **8e.** Social Security | 8e. | $0.00 | $0.00 |
| **8f.** Other government assistance that you regularly receive | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | |
|---|---|---|---|
| Specify: _____ | 8f. | $0.00 | $0.00 |
| **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| **8h.** Other monthly income. Specify: **See continuation sheet / FLP Income** | 8h.+ | $37,383.00 | $35,175.00 |

**9.** Add all other income.   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   **9.**   $37,383.00   $35,175.00

**10.** Calculate monthly income.   Add line 7 + line 9.   **10.**   $37,383.00   +   $35,175.00   =   $72,558.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____                                                              11.   +   $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11.   The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   **12.**   $72,558.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:   **Yes, income fluctuates annually and seasonally.**

Debtor 1    **Nicholas Warren McLain**                                        Case number (if known) _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **8h.  Other Monthly Income (details)** | | |
| FLP Income | $35,175.00 | $35,175.00 |
| Physicians Premier Mgmt Svcs | $2,208.00 | |
| Totals: | $37,383.00 | $35,175.00 |

**Fill in this information to identify your case:**

Debtor 1      **Nicholas**          **Warren**          **McLain**
              First Name            Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name          Last Name

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach another sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes.  **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**          ☐ No
   Do not list Debtor 1 and             ☑ Yes.  Fill out this information
   Debtor 2.                            for each dependent..................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **11** | ☐ No  ☑ Yes |
| **Child** | **6** | ☐ No  ☑ Yes |
| **Child** | **4** | ☐ No  ☑ Yes |
| **Child** | **6 Months** | ☐ No  ☑ Yes |
| **Spouse** | **40** | ☐ No  ☑ Yes |

3. **Do you have expenses include**     ☑ No
   **expenses of people other than**    ☐ Yes
   **yourself and your dependents?**

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**     4. _____
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a.  Real estate taxes                                            4a. _____ **$704.00**

   4b.  Property, homeowner's, or renter's insurance                 4b. _____ **$290.00**

   4c.  Home maintenance, repair, and upkeep expenses   (See continuation sheet(s) for details)   4c. _____ **$590.00**

   4d.  Homeowner's association or condominium dues                  4d. _____ **$32.50**

Debtor 1   **Nicholas Warren McLain**                                    Case number (if known)  _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas                **(See continuation sheet(s) for details)** | 6a. | $370.00 |
| | 6b.  Water, sewer, garbage collection              **(See continuation sheet(s) for details)** | 6b. | $138.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and   **(See continuation sheet(s) for details)**<br>cable services | 6c. | $329.00 |
| | 6d.  Other.  Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | $1,812.00 |
| 8. | **Childcare and children's education costs**       **(See continuation sheet(s) for details)** | 8. | $1,667.00 |
| 9. | **Clothing, laundry, and dry cleaning**            **(See continuation sheet(s) for details)** | 9. | $300.00 |
| 10. | **Personal care products and services**           **(See continuation sheet(s) for details)** | 10. | $525.00 |
| 11. | **Medical and dental expenses** | 11. | $255.00 |
| 12. | **Transportation.**  Include gas, maintenance, bus or train   **(See continuation sheet(s) for details)**<br>fare.  Do not include car payments. | 12. | $505.00 |
| 13. | **Entertainment, clubs, recreation, newspapers,**<br>**magazines, and books** | 13. | $250.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $1,000.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | $252.00 |
| | 15d.  Other insurance.  Specify:  **Disability** | 15d. | $278.00 |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify:  **IRS** | 16. | $30,000.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify:  **College Tuition- Debtor** | 17c. | $1,441.00 |
| | 17d.  Other.  Specify:  **Pre-School** | 17d. | $555.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as**<br>**deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: _____ | 19. | |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.  Mortgages on other property                 20a. _____

    20b.  Real estate taxes                         20b. _____

    20c.  Property, homeowner's, or renter's insurance    20c. _____

    20d.  Maintenance, repair, and upkeep expenses     20d. _____

    20e.  Homeowner's association or condominium dues   20e. _____

**21.** **Other.**  Specify: **Postage** _____    21. + _____ **$20.00**

**22.** **Calculate your monthly expenses.**

    22a.  Add lines 4 through 21.                  22a.    **$41,313.50**

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b. _____

    22c.  Add line 22a and 22b.  The result is your monthly expenses.    22c.    **$41,313.50**

**23.** **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.    **$72,558.00**

    23b.  Copy your monthly expenses from line 22c above.    23b. −   **$41,313.50**

    23c.  Subtract your monthly expenses from your monthly income. The result is your monthly net income.    23c.    **$31,244.50**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes. Explain here:

    **Yes due to daycare for youngest child.**

Debtor 1     **Nicholas Warren McLain** _____     Case number (if known) _____

**4c.**  <u>Maintenance, repair, and upkeep expenses for your residence (details):</u>

| | |
|---|---|
| **Maintenance** | $200.00 |
| **Pool Maintenance** | $190.00 |
| **Yard Care** | $200.00 |

Total: | $590.00

**6a.**  <u>Electricity, heat, natural gas (details):</u>

| | |
|---|---|
| **Electricity** | $280.00 |
| **Gas** | $90.00 |

Total: | $370.00

**6b.**  <u>Water, sewer, garbage collection (details):</u>

| | |
|---|---|
| **Water** | $115.00 |
| **Garbage** | $23.00 |

Total: | $138.00

**6c.**  <u>Telephone, cell phone, Internet, satellite, and cable services (details):</u>

| | |
|---|---|
| **Cable & Internet** | $108.00 |
| **Cellular Phone** | $135.00 |
| **Telephone** | $86.00 |

Total: | $329.00

**8.**  <u>Childcare and children's education costs (details):</u>

| | |
|---|---|
| **Child Care** | $480.00 |
| **Educational Expenses: Tuition, Books and Other** | $602.00 |
| **School Supplies** | $55.00 |
| **Extracurricular Activities** | $320.00 |
| **Lunch Money** | $210.00 |

Total: | $1,667.00

**9.**  <u>Clothing, laundry, and dry cleaning (details):</u>

| | |
|---|---|
| **Clothing** | $200.00 |
| **Laundry** | $50.00 |
| **Dry Cleaning** | $50.00 |

Total: | $300.00

**10.**  <u>Personal care products and services (details):</u>

| | |
|---|---|
| **Toiletries/Diapers** | $375.00 |
| **Barber/Beauty Parlor** | $150.00 |

Total: | $525.00

**12.**  <u>Transportation (details):</u>

Debtor 1    **Nicholas Warren McLain**                                        Case number (if known) _____

| | |
|---|---:|
| **Gas/Repairs** | **$400.00** |
| **Toll Way Fees** | **$45.00** |
| **Parking** | **$60.00** |
| **Total:** | **$505.00** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u><strong>Nicholas</strong></u><br>First Name</td><td><u><strong>Warren</strong></u><br>Middle Name</td><td><u><strong>McLain</strong></u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u><strong>SOUTHERN DISTRICT OF TEXAS</strong></u></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3">_____</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1.   *Schedule A/B: Property* (Official Form 106A/B)

   1a.  Copy line 55, Total real estate, from Schedule A/B..................................................    **$306,350.00**

   1b.  Copy line 62, Total personal property, from Schedule A/B............................................ **$342,729.41**

   1c.  Copy line 63, Total of all property on Schedule A/B..................................................... **$649,079.41**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$1,165,330.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

   3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F...........................  +  **$3,627,166.68**

**Your total liabilities** | **$4,792,496.68**

### Part 3:   Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I.......................................................................... **$72,558.00**

5.   *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J.................................................................................... **$41,313.50**

Debtor 1   **Nicholas Warren McLain** _____   Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.   What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.   From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

**9.   Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

Total claim

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)                            _____

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)    _____

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)   _____

9d.   Student loans.  (Copy line 6f.)                                           _____

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)   _____

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+** _____

9g.   **Total.**  Add lines 9a through 9f.                                      _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Nicholas** | **Warren** | **McLain** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Nicholas Warren McLain** _____          X _____
Nicholas Warren McLain, Debtor 1                             Signature of Debtor 2

Date **09/16/2019** _____                                Date _____
     MM / DD / YYYY                                              MM / DD / YYYY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Warren** | **McLain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Non-Filing Spouse: | Dates Non-Filing Spouse lived there |
|---|---|---|---|
| | | ☒ Same as Debtor 1 | ☒ Same as Debtor 1 |
| **2622 Silver Falls Drive** | From **9/2017** | | From |
| Number   Street | To **7/2018** | Number   Street | To |
| **Kingwood    TX    77339** | | | |
| City    State    ZIP Code | | City    State    ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Nicholas Warren McLain**                          Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

|  | Debtor 1 | | Non-Filing Spouse | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$285,780.00** | ☒ Wages, commissions, bonuses, tips | **$285,780.00** |
|  | ☒ Operating a business |  | ☐ Operating a business |  |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | ☒ Wages, commissions, bonuses, tips | **$736,040.00** | ☒ Wages, commissions, bonuses, tips | **$683,040.00** |
|  | ☒ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | ☒ Wages, commissions, bonuses, tips | **$32,000.00** | ☐ Wages, commissions, bonuses, tips |  |
|  | ☐ Operating a business |  | ☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

|  | Debtor 1 | | Non-Filing Spouse | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Partnerships/S Corps** | **$255,480.00** | **Partnerships/S Corps** | **$255,480.00** |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | **Partnerships/S Corps** | **$800,478.00** | **Partnerships/S Corps** | **$800,478.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | **IRA Distributions**<br>**Capital Gains**<br>**Partnerships /S Corps** | **$156,515.00**<br>**$34,443.00**<br>**$1,169,759.50** | **Partnerships /S Corps** | **$1,169,759.50** |

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---------|---------------------------------------------------------------|

6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Lewis Roca Rothgerber Christi**<br>Creditor's name | 6/7/2019 | $10,000.00 | | ☐ Mortgage |
| **201 E. Washington St**<br>Number    Street | | | | ☐ Car<br>☐ Credit card |
| **Suite 1200** | | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| **Phoenix**            **AZ**    **85004**<br>City                State    ZIP Code | | | | ☑ Other **Legal Retainer** |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **SCF RC Funding I, LLC**<br>Creditor's name | 9/10/19 | $35,000.00 | | ☐ Mortgage |
| **Atty: Michael DiGiacomo**<br>Number    Street | | | | ☐ Car<br>☐ Credit card |
| **1 East Washington St. Suite 2300** | | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| **Phoenix**            **AZ**    **85004-2555**<br>City                State    ZIP Code | | | | ☑ Other **Settlement** |

Debtor 1    **Nicholas Warren McLain**                            Case number (if known) _____

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9.    Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **Robert Martinez, Brian Maneevese v. Nicholas Warren McLain** | | **El Paso County Courthouse** | | ☑ Pending |
| | | Court Name | | |
| | | **500 E. San Antonio Ave** | | ☐ On appeal |
| | | Number    Street | | |
| Case number  **2019DCV0641** | | **Rm 103** | | ☐ Concluded |
| | | **El Paso** | **TX**  **79901** | |
| | | City | State   ZIP Code | |

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **Texas Bank and Trust Company vs. Nicholas Warren McLain** | **Breach of Contract Motion for Summary Judgment set 10/4/2019** | **188th Judicial Court, Gregg County** | | ☑ Pending |
| | | Court Name | | |
| | | | | ☐ On appeal |
| | | Number    Street | | |
| Case number  **2019-548-A** | | | | ☐ Concluded |
| | | | **TX** | |
| | | City | State   ZIP Code | |

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **SCF RC Funding I, LLC v. Nick and Elfida McLain** | **Settlement Agreement and Release dated September 6, 2019** | **Superior Court Arizona** | | ☐ Pending |
| | | Court Name | | |
| | | | | ☐ On appeal |
| | | Number    Street | | |
| Case number  **CV2019-006035** | | | | ☑ Concluded |
| | | City | State   ZIP Code | |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Pleasant Run Courtyard, Inc vs. Arisen ER II, Pinnacle ER, Neal Ziegler, Jason Rogers, Christopher Chi Kwon and Nicholas McLain** | | **44th Judicial District Court**<br>Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| Case number  DC-17-16463 | | | ☐ Concluded |
| | | City                State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Regions Bank vs. Arisen Business Ventures, LLC** | | **44th Judicial Distict Court**<br>Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| Case number  DC-17-14135 | | | ☐ Concluded |
| | | City                State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Regions Bank vs. Permian ER I, Kyungho Choi, Brian Maneevese, Nicholas McLain, James Sikes and James Yates** | | Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| Case number  DC-19-04435 | | | ☐ Concluded |
| | | City                State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **PSK Properties & Investment, LLC vs. North Texas ER II, Nicholas McLain and Christopher Kwon** | | **236th Judicial District Court**<br>Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| Case number  236-300616-18 | | | ☐ Concluded |
| | | City                State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Texas Bank & Trust Company v. North Texas ER II, Excel ER Physcians and Nicholas W. McLain** | | **124th Judicial District Court**<br>Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| Case number  2018-928-B | | | ☐ Concluded |
| | | City                State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Regions Bank vs. Chi Yong Kwon and Nicholas Warren McLain** | | **44th Judicial District Court**<br>Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| Case number  DC-19-04161 | | | ☐ Concluded |
| | | City                State    ZIP Code | |

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Ronald Ingalls, Chapter 7 Trustee v. Dr. Christopher Kwon, Dr. Nicholas McLain, Excel Er, LL C, Excel ER Physcians, PLLC and Excel ER Mgmt Services, LLC** | **Adversary Proceeding** | **US Bankruptcy Court Western District of Texas** | ☑ Pending |

Case number  **19-07005**

Court Name

Number    Street

City                          State      ZIP Code

☐ On appeal
☐ Concluded

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ☑ No.  Go to line 11.
   ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ☑ No
   ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ☑ No
   ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ☑ No
   ☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ☐ No
   ☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed **Cash Contributions** | Date you contributed | Value |
|---|---|---|---|
| **Northeast Houston Baptist Church** <br> Charity's Name | | **2018** | **$44,530.00** |
| **18000 W. Lake Houston** <br> Number    Street | | **2019** | **$6,000.00** |
| | | | |
| **Atascocita**          **TX**      **77356** <br> City            State    ZIP Code | | | |

Debtor 1   **Nicholas Warren McLain**                                    Case number (if known) _____

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Bread & Fishes** | **Donated Cash** | **2018** | **$41,000.00** |
| Charity's Name | | | |
| **3002 Willow Wood Trail** | | | |
| Number    Street | | | |
| | | | |
| **Kingwood**          **TX**    **77345** | | | |
| City                         State    ZIP Code | | | |

## Part 6:    List Certain Losses

15.  Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes.  Fill in the details.

## Part 7:    List Certain Payments or Transfers

16.  Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cooper & Scully, P.C.** | **Attorney fees: $20,000.00** | | |
| Person Who Was Paid | **Court filing fee: $1,717.00** | | |
| **815 Walker St., Suite 1040** | | **5/16/2019** | **$21,800.00** |
| Number    Street | | | |
| | | | |
| **Houston**          **TX**    **77002** | | | |
| City                         State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Russell Beustring, PC** | | | |
| Person Who Was Paid | | | |
| **9525 Katy Freeway** | | **1/29/19** | **$5,000.00** |
| Number    Street | | | |
| **Suite 415** | | | |
| | | | |
| **Houston**          **TX**    **77024** | | | |
| City                         State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

**17.   Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.   Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Christopher Chi Yong Kwon** <br> Person Who Received Transfer <br><br> **4523 Marbrook Meadow Lane** <br> Number     Street <br><br><br> **Katy**                    **TX**      **77494** <br> City                         State    ZIP Code <br><br> Person's relationship to you **Business Partner** | **West Texas Excel ER Physicians, PLLC- 50% interest** | | **7/2018** |
| **Christopher Chi Yong Kwon** <br> Person Who Received Transfer <br><br> **4523 Marbrook Meadow Lane** <br> Number     Street <br><br><br> **Katy**                    **TX**      **77494** <br> City                         State    ZIP Code <br><br> Person's relationship to you **Business Partner** | **Excel ER, LLC- 50% interest** | | **7/2018** |
| **Christopher Chi Yong Kwon** <br> Person Who Received Transfer <br><br> **4523 Marbrook Meadow Lane** <br> Number     Street <br><br><br> **Katy**                    **TX**      **77494** <br> City                         State    ZIP Code <br><br> Person's relationship to you **Business Partner** | **Excel ER Management Services, LLC -50% interest** | | **7/2018** |

Debtor 1   **Nicholas Warren McLain** _____   Case number (if known) _____

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Christopher Chi Yong Kwon**<br>Person Who Received Transfer<br>**4523 Marbrook Meadow Lane**<br>Number   Street<br><br>_____<br>**Katy**   **TX**   **77494**<br>City   State   ZIP Code<br>Person's relationship to you **Business Partner** | **Excel ER Management Solutions, LLC- 50% interest** | | **7/2018** |
| **Leading Edge FSED, LLC**<br>Person Who Received Transfer<br>**2393 HG Moseley**<br>Number   Street<br>**Bldg 4, Suite 101**<br><br>**Longview**   **TX**   **75604**<br>City   State   ZIP Code<br>Person's relationship to you _____ | **Debtor's right, title and interest in Excel ER East Management, LLC** | **$10.00** | **7/2018** |
| **Leading Edge FSED, LLC**<br>Person Who Received Transfer<br>**2393 HG Moseley**<br>Number   Street<br>**Bldg 4, Suite 101**<br><br>**Longview**   **TX**   **75604**<br>City   State   ZIP Code<br>Person's relationship to you _____ | **Excel ER Physicians East Texas, PLLC** | **$10.00** | **7/2018** |
| **ICCG**<br>Person Who Received Transfer<br>**555 Republic Drive, Suite 109**<br>Number   Street<br><br>_____<br>**Plano**   **TX**   **75074**<br>City   State   ZIP Code<br>Person's relationship to you _____ | **Permian ER III, LLC** | | **2018** |
| **Other Members**<br>Person Who Received Transfer<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City   State   ZIP Code<br>Person's relationship to you **Business Partner** | **Coastal ER VI, LLC** | | **2018** |

Debtor 1      **Nicholas Warren McLain** _____      Case number (if known) _____

| | | |
|---|---|---|
| **Leading Edge FSED, LLC** | **Description and value of any property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |

**Leading Edge FSED, LLC**
Person Who Received Transfer

**2393 HG Moseley**
Number    Street

**Bldg 4, Suite 101**

**Longview          TX    75604**
City                State  ZIP Code

Person's relationship to you _____

**Description and value of any property transferred**

**Debtor's right, title and interest in Excel ER East Physicians**

**Describe any property or payments received or debts paid in exchange**
$10.00

**Date transfer was made**
7/2018

---

**Leading Edge FSED, LLC**
Person Who Received Transfer

**2393 HG Moseley**
Number    Street

**Bldg 4, Suite 101**

**Longview          TX    75604**
City                State  ZIP Code

Person's relationship to you _____

**Description and value of any property transferred**

**Debtor's right, title and interest in Piney Woods ER II, LLC**

**Describe any property or payments received or debts paid in exchange**
$10.00

**Date transfer was made**
7/2018

---

**Leading Edge FSED, LLC**
Person Who Received Transfer

**2393 HG Moseley**
Number    Street

**Bldg 4, Suite 101**

**Longview          TX    75604**
City                State  ZIP Code

Person's relationship to you _____

**Description and value of any property transferred**

**Debtor's right, title and interest in Piney Woods ER III, LLC**

**Describe any property or payments received or debts paid in exchange**
$10.00

**Date transfer was made**
7/2018

---

**Leading Edge FSED, LLC**
Person Who Received Transfer

**2393 HG Moseley**
Number    Street

**Bldg 4, Suite 101**

**Longview          TX    75604**
City                State  ZIP Code

Person's relationship to you _____

**Description and value of any property transferred**

**Debtor's right, title and interest in Piney Woods ER IV, LLC**

**Describe any property or payments received or debts paid in exchange**
$10.00

**Date transfer was made**
7/2018

---

**Wayne Fagan**
Person Who Received Transfer

**4141 S. Staples, Suite 300**
Number    Street

_____

**Corpus Christi      TX    78411**
City                State  ZIP Code

Person's relationship to you _____

**Description and value of any property transferred**

**North Texas ER I, LLC- interest**

**Describe any property or payments received or debts paid in exchange**

**Date transfer was made**
2018

---

Debtor 1  **Nicholas Warren McLain**                                    Case number (if known) _____

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **McLain & Ehimika Family, LP**<br>Owner's Name | | **Caitlin Grace McLain 2016 Trust- 1% limited partnership interest in and to McLain & Ehimika Family, LP** | **$239.21** |
| **3002 Willow Wood Trail**<br>Number    Street | **Caitlin Grace McLain 2016 Trust**<br>Number    Street | | |
| **Kingwood          TX    77345**<br>City                     State  ZIP Code | _____<br>City                     State  ZIP Code | | |

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **McLain & Ehimika Family, LP**<br>Owner's Name | | **Ava Kinley Mclain 2016 Trust- 1% limited partnership interest in and to McLain & Ehimika Family, LP** | **$239.21** |
| **3002 Willow Wood Trail**<br>Number    Street | **Ava Kinley Mclain 2016 Trust**<br>Number    Street | | |
| **Kingwood          TX    77345**<br>City                     State  ZIP Code | _____<br>City                     State  ZIP Code | | |

| Debtor 1 | Nicholas Warren McLain | | Case number (if known) | |
|---|---|---|---|---|

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **McLain & Ehimika Family, LP** | | **Jacob Matthew Mikson** | **$239.21** |
| Owner's Name | | **McLain Trust- 1% limited** | |
| **3002 Willow Wood Trail** | **Jacob Matthew Mikson McLain Trust** | **partnership interest in and to** | |
| Number    Street | Number    Street | **McLain & Ehimika Family, LP** | |
| | | | |
| **Kingwood       TX    77345** | | | |
| City            State   ZIP Code | City            State   ZIP Code | | |

---

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes.  Fill in the details.

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☑ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

**Arisen Business Ventures, LLC**
Business Name

_____
Number    Street

_____

_____
City          State    ZIP Code

Describe the nature of the business
**Freestanding ER Room**

Name of accountant or bookkeeper
**Burch, Fincher & Company, PC**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _4_ _6_ – _5_ _3_ _7_ _6_ _8_ _9_ _2_

Dates business existed

From   **4/2014**   To   **2019**

**Permian ER I, LLC**
Business Name

_____
Number    Street

_____

_____
City          State    ZIP Code

Describe the nature of the business
**Freestanding ER Room**

Name of accountant or bookkeeper
**Dutton Harris & Co**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _4_ _7_ – _1_ _8_ _8_ _4_ _1_ _1_ _4_

Dates business existed

From   **9/2014**   To   **2018**

**Permian ER II, LLC**
Business Name

_____
Number    Street

_____

_____
City          State    ZIP Code

Describe the nature of the business
**Freestanding ER Room**

Name of accountant or bookkeeper
**Dutton Harris & Co**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _4_ _7_ – _2_ _0_ _6_ _1_ _8_ _7_ _3_

Dates business existed

From   **10/2014**   To   **2017**

**Piney Woods ER I, LLC**
Business Name

**2393 Hg Moseley Pkwy**
Number    Street

**Bldg 4, Suite 101**

**Longview**          **TX**    **75604**
City          State    ZIP Code

Describe the nature of the business
**Freestanding ER Room**

Name of accountant or bookkeeper
**Janet S. Shumake, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _4_ _7_ – _2_ _0_ _5_ _6_ _2_ _7_ _6_

Dates business existed

From   **10/2014**   To   **2017**

Debtor 1     **Nicholas Warren McLain**                                    Case number (if known) _____

**North Texas ER II, LLC**
Business Name

_____
Number     Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
**Freestanding ER Room**

**Name of accountant or bookkeeper**
**Ronald L. Tharp, CPA**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:  4   7  –  3   8   9   5   9   8   6

**Dates business existed**

From   __5/2015__   To   __2017__

**Brazos Valley ER Physicians, PLLC**
Business Name

_____
Number     Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
**ER Professional Services Staffing**
**Company for FSERs**

**Name of accountant or bookkeeper**
**Rachel Dehn, CPA**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:  8   2  –  1   5   4   2   6   6   5

**Dates business existed**

From   __2016__   To   __Present__

**Bulverde ER Physicians, PLLC**
Business Name

_____
Number     Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
**ER Physician Services Staffing**
**Company for FSERS**

**Name of accountant or bookkeeper**
**Rachel Dehn, CPA**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:  8   2  –  1   0   1   8   1   2   2

**Dates business existed**

From   __2016__   To   __Present__

**Coastal Physicians ER, PLLC**
Business Name

_____
Number     Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
**ER Physician Services Staffing**
**Company for FSERS**

**Name of accountant or bookkeeper**
**Rachel Dehn, CPA**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:  4   7  –  1   1   8   5   2   4   7

**Dates business existed**

From   __2014__   To   __Present__

**Coastal Physicians Regional, PLLC**
Business Name

**PO Box 6040**
Number     Street

_____

**Corpus Christi     TX     78466**
City                    State    ZIP Code

**Describe the nature of the business**
**ER Physician Services Staffing**
**Company for FSERS**

**Name of accountant or bookkeeper**
**Rachel Dehn, CPA**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:  8   1  –  3   6   9   0   8   2   1

**Dates business existed**

From   __2017__   To   __Present__

**Physicians Premier Mgmt Services, I**
Business Name

_____
Number     Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
**Management Services for**
**Freestanding ER Business**

**Name of accountant or bookkeeper**
**Rachel Dehn, CPA**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:  4   7  –  3   7   4   8   7   0   7

**Dates business existed**

From   __5/2015__   To   __Present__

Debtor 1     **Nicholas Warren McLain**  _____     Case number (if known) _____

---

**McLain ER Services, PLLC**  _____
Business Name

_____
Number     Street

_____

_____
City                          State     ZIP Code

**Describe the nature of the business**
Physician Services For ER Contract
Work

**Name of accountant or bookkeeper**
Tony Carbone

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: <u>2</u>   <u>7</u> – <u>4</u>   <u>8</u>   <u>4</u>   <u>9</u>   <u>4</u>   <u>8</u>   <u>5</u>

**Dates business existed**

From      <u>12/2010</u>      To     <u>Present</u>

---

**McLain & Ehimika Management Serv**  _____
Business Name

_____
Number     Street

_____

_____
City                          State     ZIP Code

**Describe the nature of the business**
Management Services

**Name of accountant or bookkeeper**
Tony Carbone

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: <u>4</u>   <u>5</u> – <u>3</u>   <u>4</u>   <u>6</u>   <u>3</u>   <u>9</u>   <u>7</u>   <u>1</u>

**Dates business existed**

From      <u>2/2011</u>      To     <u>Present</u>

---

**McLain & Ehimika Family, LP**  _____
Business Name

**3002 Willow Wood Trail**  _____
Number     Street

_____

**Kingwood**          **TX**     **77345**
City                          State     ZIP Code

**Describe the nature of the business**
Family Limited Partnership

**Name of accountant or bookkeeper**
Tony Carbone

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: <u>2</u>   <u>7</u> – <u>4</u>   <u>9</u>   <u>5</u>   <u>0</u>   <u>4</u>   <u>8</u>   <u>0</u>

**Dates business existed**

From      <u>2/2011</u>      To     <u>Present</u>

---

**Excel ER Physicians, PLLC**  _____
Business Name

_____
Number     Street

_____

_____
City                          State     ZIP Code

**Describe the nature of the business**
Physician Services for Freestanding
ERs

**Name of accountant or bookkeeper**
Rachel Dehn, CPA

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: <u>4</u>   <u>7</u> – <u>2</u>   <u>1</u>   <u>1</u>   <u>6</u>   <u>9</u>   <u>9</u>   <u>3</u>

**Dates business existed**

From      <u>10/2014</u>      To     <u>Present</u>

---

**North Texas Excel Physicians, PLLC**  _____
Business Name

_____
Number     Street

_____

_____
City                          State     ZIP Code

**Describe the nature of the business**
Physician Services for Freestanding
ERs

**Name of accountant or bookkeeper**
Randall Poelma, CPA

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: <u>4</u>   <u>7</u> – <u>2</u>   <u>0</u>   <u>8</u>   <u>9</u>   <u>0</u>   <u>8</u>   <u>3</u>

**Dates business existed**

From      <u>2017</u>      To     <u>Present</u>

---

**West Texas Excel ER Physicians, PL**  _____
Business Name

_____
Number     Street

_____

_____
City                          State     ZIP Code

**Describe the nature of the business**
Physician Services for Freestanding
ERs

**Name of accountant or bookkeeper**
Grant MacQuilkan

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: <u>8</u>   <u>1</u> – <u>3</u>   <u>1</u>   <u>0</u>   <u>2</u>   <u>6</u>   <u>7</u>   <u>8</u>

**Dates business existed**

From      <u>6/2016</u>      To     <u>7/2018</u>

---

Debtor 1     **Nicholas Warren McLain**                                    Case number (if known) _____

**Excel ER, LLC**
_____
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Freestanding ER Business**

Name of accountant or bookkeeper
**Rachel Dehn, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>7</u> – <u>1</u>  <u>6</u>  <u>1</u>  <u>3</u>  <u>5</u>  <u>9</u>  <u>1</u>

Dates business existed

From     <u>8/2014</u>     To     <u>7/2018</u>

---

**Excel ER Management Services, LLC**
_____
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Management Services for
Freestanding ER Business**

Name of accountant or bookkeeper
**Rachel Dehn, CPA and Ronald Tharp**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>7</u> – <u>5</u>  <u>0</u>  <u>8</u>  <u>5</u>  <u>5</u>  <u>5</u>  <u>2</u>

Dates business existed

From     <u>2016</u>     To     <u>7/2018</u>

---

**Excel ER Management Solutions, LLC**
_____
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Management Services for
Freestanding ER Business**

Name of accountant or bookkeeper
**Ronald Tharp**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>8</u>  <u>1</u> – <u>4</u>  <u>9</u>  <u>1</u>  <u>6</u>  <u>7</u>  <u>8</u>  <u>3</u>

Dates business existed

From     <u>2016</u>     To     <u>7/2018</u>

---

**TWT3L Ventures, LLC**
_____
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Company for Acquisition of FSER Real
Estate Sites**

Name of accountant or bookkeeper
**Patrick McVay**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>7</u> – <u>1</u>  <u>6</u>  <u>5</u>  <u>2</u>  <u>8</u>  <u>4</u>  <u>2</u>

Dates business existed

From     <u>8/2014</u>     To     **Present**

---

**Excel ER East Management, LLC**
_____
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Management Services for
Freestanding ER Business**

Name of accountant or bookkeeper
**Janet S. Shumake, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>8</u>  <u>1</u> – <u>2</u>  <u>7</u>  <u>8</u>  <u>0</u>  <u>7</u>  <u>6</u>  <u>3</u>

Dates business existed

From     <u>5/2016</u>     To     **Present**

---

**Excel ER Physicians East Texas, PLLC**
_____
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Physician Services for Freestanding
ERs**

Name of accountant or bookkeeper
**Janet S. Shumake, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>7</u> – <u>4</u>  <u>0</u>  <u>3</u>  <u>1</u>  <u>7</u>  <u>4</u>  <u>5</u>

Dates business existed

From     <u>5/2015</u>     To     **Present**

Debtor 1      **Nicholas Warren McLain**                                    Case number (if known) _____

**Piney Woods ER II, LLC**
Business Name

**2393 Hg Moseley Pkwy**
Number     Street

**Bldg 4, Suite 101**

**Longview          TX    75604**
City                State   ZIP Code

Describe the nature of the business
**Freestanding ER Room**

Name of accountant or bookkeeper
**Janet S. Shumake, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4  7 – 3  9  3  9  4  1  1

Dates business existed

From    **5/2015**    To    **Present**

---

**Piney Woods ER III, LLC**
Business Name

**2393 Hg Moseley Pkwy**
Number     Street

_____

City                State   ZIP Code

Describe the nature of the business
**Freestanding ER Room**

Name of accountant or bookkeeper
**Janet S. Shumake, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4  7 – 4  3  2  6  0  9  6

Dates business existed

From    **6/2015**    To    **2019**

---

**Piney Woods ER IV, LLC**
Business Name

**2393 Hg Moseley Pkwy**
Number     Street

_____

City                State   ZIP Code

Describe the nature of the business
**Freestanding ER Room**

Name of accountant or bookkeeper
**Janet S. Shumake, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4  7 – 4  4  1  4  3  2  6

Dates business existed

From    **6/2015**    To    **Present**

---

**Piney Woods ER V, LLC**
Business Name

**2393 Hg Moseley Pkwy**
Number     Street

_____

City                State   ZIP Code

Describe the nature of the business
**Freestanding ER Room**

Name of accountant or bookkeeper
**Janet S. Shumake, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4  7 – 4  3  5  1  6  6  7

Dates business existed

From    **6/2015**    To    **2018**

---

**PWER Services, LLC**
Business Name

_____
Number     Street

_____

City                State   ZIP Code

Describe the nature of the business
**Physician Services for Freestanding ERs**

Name of accountant or bookkeeper
**Patrick McVay**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ____ – ____ ____ ____ ____ ____ ____ ____

Dates business existed

From    **5/2017**    To    **2018**

---

**North Texas ER I, LLC**
Business Name

_____
Number     Street

_____

City                State   ZIP Code

Describe the nature of the business
**Freestanding ER Room**

Name of accountant or bookkeeper
**Randall Poelma, CPA and Ronald L. Tharp**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4  7 – 2  0  8  9  0  8  3

Dates business existed

From    **10/2014**    To    **2018**

09/16/2019 12:03:27pm

Debtor 1      **Nicholas Warren McLain**                          Case number (if known) _____

---

**North Texas ER III, LLC**
Business Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
Freestanding ER Room

**Name of accountant or bookkeeper**
Patrick McVay

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>7</u> – <u>4</u>  <u>3</u>  <u>9</u>  <u>9</u>  <u>6</u>  <u>4</u>  <u>9</u>

Dates business existed

From    <u>6/2015</u>    To    <u>2018</u>

---

**Permian ER III, LLC**
Business Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
Freestanding ER Room

**Name of accountant or bookkeeper**
Grant MacQuilkan

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>7</u> – <u>2</u>  <u>0</u>  <u>8</u>  <u>1</u>  <u>9</u>  <u>3</u>  <u>6</u>

Dates business existed

From    <u>10/2014</u>    To    <u>2018</u>

---

**Permian ER IV, LLC**
Business Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
Freestanding ER Room

**Name of accountant or bookkeeper**
Rachel Dehn, CPA

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>7</u> – <u>4</u>  <u>3</u>  <u>4</u>  <u>0</u>  <u>4</u>  <u>1</u>  <u>1</u>

Dates business existed

From    <u>6/2015</u>    To    <u>2018</u>

---

**Coastal ER I, LLC**
Business Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
Freestanding ER Business

**Name of accountant or bookkeeper**
Rachel Dehn, CPA

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>6</u> – <u>5</u>  <u>7</u>  <u>0</u>  <u>2</u>  <u>8</u>  <u>2</u>  <u>2</u>

Dates business existed

From    <u>5/2014</u>    To    <u>2016</u>

---

**Coastal ER IV, LLC**
Business Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
Freestanding ER Business

**Name of accountant or bookkeeper**
Rachel Dehn, CPA

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>7</u> – <u>2</u>  <u>6</u>  <u>1</u>  <u>6</u>  <u>2</u>  <u>1</u>  <u>5</u>

Dates business existed

From    <u>12/2014</u>    To    <u>2019</u>

---

**Coastal ER IX, LLC**
Business Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

**Describe the nature of the business**
Freestanding ER Business

**Name of accountant or bookkeeper**
Rachel Dehn, CPA

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>8</u>  <u>2</u> – <u>4</u>  <u>5</u>  <u>4</u>  <u>0</u>  <u>2</u>  <u>0</u>  <u>0</u>

Dates business existed

From    <u>3/2015</u>    To    <u>Present</u>

---

Debtor 1    **Nicholas Warren McLain**                                    Case number (if known) _____

**Arisen ER II, LLC**
Business Name

_____
Number    Street

_____

_____
City              State   ZIP Code

**Describe the nature of the business**
Freestanding ER Room

**Name of accountant or bookkeeper**
Burch Fincher & Company, PC

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: 4  7 – 2  2  9  8  2  1  9

**Dates business existed**

From     11/2014     To     2019

---

**Abaris Investment Gp, LLC**
Business Name

_____
Number    Street

_____

_____
City              State   ZIP Code

**Describe the nature of the business**
Freestanding ER Business

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___  ___ – ___  ___  ___  ___  ___  ___  ___

**Dates business existed**

From     2/2014     To     _____

---

**Pinnacle Physicians, PLLC**
Business Name

_____
Number    Street

_____

_____
City              State   ZIP Code

**Describe the nature of the business**
Physician Services for Freestanding
ERs

**Name of accountant or bookkeeper**
Burch Fincher & Company, PC

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: 4  7 – 4  9  1  3  6  6  5

**Dates business existed**

From     7/2015     To     2019

---

**Pinnacle ER, PLLC**
Business Name

_____
Number    Street

_____

_____
City              State   ZIP Code

**Describe the nature of the business**
Physician Services for Freestanding
ERs

**Name of accountant or bookkeeper**
Burch Fincher & Company, PC

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: 4  7 – 2  0  1  3  9  4  2

**Dates business existed**

From     7/2014     To     2019

---

**Brazos Valley ER, PLLC**
Business Name

_____
Number    Street

_____

_____
City              State   ZIP Code

**Describe the nature of the business**
Freestanding ER Business

**Name of accountant or bookkeeper**
Rachel Dehn, CPA

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: 8  1 – 4  9  2  8  2  2  2

**Dates business existed**

From     5/2017     To     2017

---

**BV Emergency Physicians, PLLC**
Business Name

**PO Box 6040**
Number    Street

_____

**Corpus Christi     TX    78466**
City              State   ZIP Code

**Describe the nature of the business**
Physician Services for Freestanding
ERs

**Name of accountant or bookkeeper**
Rachel Dehn, CPA

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: 8  2 – 1  5  4  2  6  6  5

**Dates business existed**

From     2016     To     Present

---

Debtor 1    **Nicholas Warren McLain**      Case number (if known) _____

**Coastal Bend Physicians, PLLC**
Business Name

**PO Box 6040**
Number   Street

_____

**Corpus Christi**    **TX**    **78466**
City      State   ZIP Code

Describe the nature of the business
**Physician Services for Freestanding ERs**

Name of accountant or bookkeeper
**Rachel Dehn, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **4   7 – 5   3   2   9   1   4   1**

Dates business existed

From   **9/2015**    To   **Present**

---

**Excel Emergency International, LLC**
Business Name

_____
Number   Street

_____

_____
City      State   ZIP Code

Describe the nature of the business
**Freestanding ER Business focused on international sites**

Name of accountant or bookkeeper
**Tony Carbone**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From   **5/2016**    To   **2018**

---

**Lone Star ER, LLC**
Business Name

_____
Number   Street

_____

_____
City      State   ZIP Code

Describe the nature of the business
**Freestanding ER Business**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From   **2013**    To   **2017**

---

**Emergency Room Ventures, LLC**
Business Name

_____
Number   Street

_____

_____
City      State   ZIP Code

Describe the nature of the business
**Freestanding ER Business**

Name of accountant or bookkeeper
**Tony Carbone**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **4   7 – 1   5   3   6   2   8   0**

Dates business existed

From   **8/2014**    To   **2016**

---

**Physicians Premier Enterprises, LLC**
Business Name

**PO Box 6040**
Number   Street

_____

**Corpus Christi**    **TX**    **78466**
City      State   ZIP Code

Describe the nature of the business
**Company for non-core business activities of Physicians Permier**

Name of accountant or bookkeeper
**Rachel Dehn, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **4   7 – 4   4   8   9   2   7   8**

Dates business existed

From   **7/2015**    To   **Present**

---

**CJMA Management, LLC**
Business Name

_____
Number   Street

_____

_____
City      State   ZIP Code

Describe the nature of the business
**Mgmt of Freestanding ERs**

Name of accountant or bookkeeper
**Tony Carbone**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **8   1 – 4   4   4   6   3   2   5**

Dates business existed

From   **4/2016**    To   **2016**

Debtor 1   **Nicholas Warren McLain**                                    Case number (if known) _____

**Phoenix ER Solutions, LLC**
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Mgmt for Freestanding ERs**

Name of accountant or bookkeeper
**Tony Carbone**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  8   2  –  2   1   6   0   9   2   2

Dates business existed

From      5/2017      To      2017

---

**Physicians Premier ER Room, LLC**
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Freestanding ER Business**

Name of accountant or bookkeeper
**Rachel Dehn, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  __   __  –  __   __   __   __   __   __   __

Dates business existed

From      2013      To      2015

---

**South Texas ER, LLC**
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Freestanding ER Business**

Name of accountant or bookkeeper
**Tony Carbone**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  __   __  –  __   __   __   __   __   __   __

Dates business existed

From      11/2013      To      2015

---

**FSER Emergency Services, PLLC**
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Physician Services for Freestanding ERs**

Name of accountant or bookkeeper
**Tony Carbone**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  __   __  –  __   __   __   __   __   __   __

Dates business existed

From      7/2013      To      2015

---

**Central Texas ER I, LLC**
Business Name

_____
Number     Street

_____

_____
City                State   ZIP Code

Describe the nature of the business
**Freestanding ER Business**

Name of accountant or bookkeeper
**Patrick McVay**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  __   __  –  __   __   __   __   __   __   __

Dates business existed

From      9/2015      To      1/2018

---

**Bread & Fishes**
Business Name

**3002 Willow Wood Trail**
Number     Street

_____

**Kingwood         TX    77345**
City                State   ZIP Code

Describe the nature of the business
**Non Profit**

Name of accountant or bookkeeper
**Tony Carbone**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  2   6  –  4   6   9   0   1   4   2

Dates business existed

From      2009      To      Present

---

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes.  Fill in the details below.

| | **Date issued** |
| --- | --- |
| **Regions Bank** | _____ |
| Name | |
| **3017 West 7th Street** | |
| Number     Street | |
| **Suite 410** | |
| | |
| **Fort Worth**          **TX**      **76107** | |
| City                         State     ZIP Code | |

| | **Date issued** |
| --- | --- |
| **Texas Bank and Trust Company** | _____ |
| Name | |
| **PO Box 3188** | |
| Number     Street | |
| | |
| **Longview**          **TX**      **75606** | |
| City                         State     ZIP Code | |

| | **Date issued** |
| --- | --- |
| **Plains Capital Bank** | _____ |
| Name | |
| **500 N. Shoreline Blvd** | |
| Number     Street | |
| **Suite 200** | |
| | |
| **Corpus Christi**          **TX**      **78401** | |
| City                         State     ZIP Code | |

| | **Date issued** |
| --- | --- |
| **Prosperity Bank** | _____ |
| Name | |
| **4115 South Staples** | |
| Number     Street | |
| | |
| **Corpus Christi**          **TX**      **78411** | |
| City                         State     ZIP Code | |

| | **Date issued** |
| --- | --- |
| **Security Bank** | _____ |
| Name | |
| **600 N. Marienfeld** | |
| Number     Street | |
| **Suite 200** | |
| | |
| **Midland**          **TX**      **79701** | |
| City                         State     ZIP Code | |

Debtor 1    **Nicholas Warren McLain** _____    Case number (if known) _____

| **Part 12:** | **Sign Below** |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Nicholas Warren McLain** _____    X _____
Nicholas Warren McLain, Debtor 1                           Signature of Debtor 2

Date    **09/16/2019** _____                                Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

---

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | | |
|---|---|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*.  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are.  If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully.  The rules are technical, and a mistake or inaction may harm you.  If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid.  You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings.  If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged.  The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Nicholas Warren McLain**

Case No.  _____

Chapter  **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...........................Hourly: Estimated Total ____ **$50,000.00**

Prior to the filing of this statement I have received........................................................ ____ **$21,800.00**

Balance Due...........................................................................Hourly: Approximately ____ **$28,200.00**

2. The source of the compensation paid to me was:
   - ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  [Other provisions as needed]

   **Preparation of Disclosure Statement and Plan of Reorganization; representation of the Debtor(s) at the Disclosure Statement and Plan Hearings; Objections to claims if necessary; other miscellaneous legal matters arising in a case under Chapter 11.**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/16/2019** | **/s/ Julie M. Koenig** |
| *Date* | *Julie M. Koenig*                                    Bar No.  14217300 |
| | Cooper & Scully, P.C. |
| | 815 Walker St., Suite 1040 |
| | Houston, TX 77002 |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 |

---

 **/s/ Nicholas Warren McLain**

*Nicholas Warren McLain*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Nicholas Warren McLain**                                        CASE NO

                                                                        CHAPTER     **11**

## VERIFICATION OF CREDITOR MATRIX

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  9/16/2019 _____          Signature  **/s/ Nicholas Warren McLain** _____
                                                                        **Nicholas Warren McLain**


Date _____          Signature _____

Aaron Terry


Adam Rowe
1500 S. Lamar Blvd.
APT. 1045
Austin, TX 78704


Alamo Healthcare Partners, LLC
Attn: Dianna Burns, M.D.
PO Box 781204
San Antonio, TX 78278-1204


Andrew Lawrence
2787 Diane Ave SE
Palm Bay, FL 32909


Arthur Abello


Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX  78711


Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555


Borgata Partners, LLC
619 W. Texas, Suite 106
Midland, TX 79701

Brian Maneevese
2819 Rusk Street
Houston, TX 77003


Bryan C. Bateman
c/o Drake Management Services, LLC
103 Baylor Dr.
Tyler, TX 75703


Buckley & Associates
Attn: Patrick McVay
101 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401


Candace Cardon


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Carrie de Moor
12600 Rolater Rd - Suite 100
Frisco, TX 75035


Carrington, Coleman, Sloman & Blumenthal
901 Main Street
Suite 5500
Dallas, TX 75202


Christopher Chi Yong Kwon
4523 Marbrook Meadow Lane
Katy, TX 77494


Christopher Kwon
4523 Marbrook Meadow Ln
Katy, TX 77496

Code 3 Emergency Partners, L.L.C.
12600 Rolater Rd - Suite 100
Frisco, TX 75035


Colin O'Dea



Colven, Tran, & Meredith PC
1401 Burnham Drive
Plano, TX 75093


David Kenyon
4957 Oakmont Drive
Corpus Christi, TX 78413


Devlyn Corrigan
10965 Bluffside Dr. Apt. 161
Studio City, CA 91604


Elfrida McLain
3002 Willow Wood Trail
Kingwood, TX 77345


Excel Odessa, LLC
Attn:  The Woodmont Company
c/o 2100 West 7th Street
Fort Worth, TX 76107


FORT BEND TAX APPRAISAL DISTRICT
2801 B.F. Terry Blvd (FM 2218)
Rosenberg, TX 77471


GALVESTON COUNTY TAX OFFICE
P.O. BOX 1169
GALVESTON, TX 77553-1169

GE Capital Franchise Finance Corp
8377 E. Hartford Dr
Suite 200
Scottsdale, AZ 85255


GE Healthcare
PO Box 96483
Chicago, IL 60693


Gibson Heights, LLC
2703 Richmond Rd
Texarkana, TX 75503


Haritha Mikkilineni
2010 Córdoba Cove
Westlake, TX 76262


Harris County
c/o John Dillman
PO Box3064
Houston, TX  77253-3064


Harris County Tax Assessor-Collector
Ann Harris Bennett
PO Box 3547
Houston, TX 77253


HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX  77253-3064


Hassan Albeige
6805 Cherryhill
Tyler, TX 75703


Heather Torrez

```
HEB Grocery Company, LP
P.O. Box 839955
San Antonio, TX 78283-3955


Henry Schein, Inc
520 S. Rock Blvd.
Reno, NV 89502


Hilary Christensen



Humble ISD School District
Janice P. Himpele
PO Box 4020
Houston, TX 77210


Hunt Development, Ltd.
910 Windmill Ranch Rd.
Spring Branch, TX 78070


ICCG
555 Republic Drive, Suite 109
Plano, TX 75074


Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030
```

IRS
PO BOX 149047
AUSTIN, TX  78714


IRS
8701 S. GESSNER
HOUSTON, TX  77074


James Grieme


James Sykes
5508 Drexel Court
Midland, TX 79707


James Yates
319 Manila Ave.
Long Beach, CA 90814


Jarad Shahan
6534 Miranda Drive
Corpus Christi, TX 78414


Jared Shahan
6534 Miranda Drive
Corpus Christi, TX 78414


Jason Rogers
1500 E. Ocean Blvd
Apt 406
Long Beach, CA 90802


Jeremy Kroes
370 Margo Ave
Long Beach, CA 90803

John DiPasquale
393 HG Mosley
Bldg 4, Suite 101
Longview, TX 75604


Jordan Schwirlich
14314 Playa de Ray
Corpus Christi, TX 78418


Joseph Aldrich


Joseph Olson


Junal Thakrar


Justin Brown


Kent Holding, LLC
Attn:  Mark Langfan
119 West 57th St., #906
New York, NY 10019


Ki Jung Kwon
4523 Marbrook Meadow Ln
Katy, TX 77494


Kurt Sauer Attorney PLLC
901 S. Mopac Expwy
Bldg 1, Ste. 300
Austin, TX 78746

```
Kyungho S. Choi
c/o Mindy Hamm
500 W Illinois, Suite 300
Midland, TX 79701


Larry Little
1400 Capital Ave.
Plano, TX 75074



Law Office of Daniel S. Gonzalez
909 E. Rio Grande Ave
El Paso, TX 79902



Law Offices of John E. Freeman
621 Chase Drive, Suite B
Tyler, TX 75701



LEF
2393 HG Mosely Bldg 4 Suite 102
Longview, TX 75605



LEMA
2393 HG Mosely Bldg 4 Suite 102
Longview, TX 75605



Lonnie Schwirtlich
14314 Playa del Rey
Corpus Christi, TX 78414



Mark Mower




Martin D. Grieme
1201 County Rd 18
Corpus Christi, TX 78415
```

Martin Grieme
1201 County Rd 18
Corpus Christi, TX 78415


Matthew Cross




McKesson Medical-Surgical
20710 Hempstead Rd.
Houston, TX 77065


Michael H. Nguyen
6323 Yaupon Drive
Austin, TX 78759


Michael Lowry




MIMCO, Inc
c/o CB Paso, LLC
6500 Montana Avenue
El Paso, TX 79925


MONTGOMERY COUNTY
TAX COLLECTOR
400 N SAN JACINTO
CONROE, TX  77301-2823


Neal A. Ziegler
1021 Pavillion St #7
Dallas, TX 75204


Neal Ziegler

Nemet Dadfar

Paul David Kenyon
4957 Oakmont Drive
Corpus Christi, TX 78413

Permian ER II, LLC

Plains Capital Bank
500 N. Shoreline Blvd
Suite 200
Corpus Christi, TX 78401

PlainsCapital Bank
500 N. Shoreline Boulevard Suite 200
Corpus Christi, TX 78401

Pleasant Run Courtyard, Inc
Attn: Anneke Cronje
300 Throckmorton Street, Suite 1700
Fort Worth, TX 76102

Potter Minton
E Glenn Thames, Jr.
110 N College
Suite 500
Tyler, TX 75702

Presidio Health
38 Keyes Ave, Ste 116
San Fransisco, CA 94129

Prosperity Bank
4115 South Staples
Corpus Christi, TX 78411

PRU CB LIMITED PARTNERSHIP
c/o HPI Real Estate Management, Inc.
842 NW Loop 410, Suite 119
San Antonio, TX 78216


PSK Properties and Investment, LLC
Atty: John H. Ivie, III
1401 Burnham Dr.
Plano, TX 75093


Randolph N. Osherow
Chapter 7 Trustee
342 W. Woodlawn, Ste. 100
San Antonio, TX 78212


Regions Bank
Attn:  Thomas Bacarella
3017 West 7th Street, ste. 410
Fort Worth, TX 76107


Regions Bank
3017 West 7th Street
Ste. 410
Fort Worth, TX 76107


Rishad Hyder
12608 Richezza Drive
Venice, FL 34293


Robert Martinez
740 Carbine drive
Horizon City, TX 79928


Ronald E. Ingalls, Chapter 7 Trustee
PO Box 2867
Fredericksburg, Texas  78624-1927


Ronald L. Tharp, CPA
12900 Preston Road, Suite 800
Dallas, TX 75230

Rudyard Hilliard

Scotsdale Square, LTD.
1506 Texas Avenue
Lubbock, TX 79401

Scott Choi
2201 Rocky Lane Rd
#707
Odessa, TX 79762

Sebastion Cerna

SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549

Security Bank
Attn:  Odessa Billy Hext
600 N Marienfeld Ste 200
Midland, TX 79701

Security Bank
Odessa Billy Hext
600 N. Marienfeld
Suite 200
Midland, TX 79701

Stan Upchurch
2393 HG Mosley
Bldg 4, Suite 101
Longview, TX 75604

Texas Bank & Trust
PO Box 3188
Longview, TX 75606

```
Texas Bank and Trust Company
Attn:  Jane Henry
PO Box 3188
Longview, TX 75606


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept


Texas Leopard, LLC
Attn:  Burris McRee
6000 S. Staples, Suite 205
Corpus Christi, TX 78413


Texas Workforce Commission
PO Box 149037
Austin, Texas  78714-9037



Todd Francis




TWF Partners, LLC
4141 S. Staples Suite 300
Corpus Christi, TX 78411



U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002



UNITED STATES TRUSTEE
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002



Vaquero Ventures
2900 Wingate St. Ste. 200
Fort Worth, TX 76107
```

Wayne Fagan
4141 S. Staples Suite 300
Corpus Christi, TX 78411


Weatherford/ Douglas LLC
402 Calle Miramar
Redondo Beach, CA 90277


White Oaks Development
5101 Wheelis Drive
Suite 310
Memphis, TN 38117


Winstead PC
300 Throckmorton Street
Suite 1700
Fort Worth, TX 76102


Woodstream Community Association, Inc
FirstService Houston
PO Box 62019
Newark, NJ 07101-8060


YACO Properties, LLC
Attn:  Henry Yates
3825 Canoe Creek Road
Saint Cloud, FL 34772


Zachary Baum


Zhorne Family Limited Partnership Three
c/o Premiere Management
103 South White Oak Road
White Oak, TX 75693

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Nicholas Warren McLain**

CASE NO

CHAPTER    **11**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|----------------------|--------------------|--------------|---------------------|-------------------------|
| 1. | Real property | $306,350.00 | $0.00 | $306,350.00 | $306,350.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $70,073.00 | $0.00 | $70,073.00 | $70,073.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $5,415.00 | $0.00 | $5,415.00 | $5,415.00 | $0.00 |
| 7. | Electronics | $1,603.00 | $0.00 | $1,603.00 | $1,603.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $1,845.00 | $0.00 | $1,845.00 | $1,845.00 | $0.00 |
| 10. | Firearms | $1,300.00 | $0.00 | $1,300.00 | $1,300.00 | $0.00 |
| 11. | Clothes | $1,080.00 | $0.00 | $1,080.00 | $1,080.00 | $0.00 |
| 12. | Jewelry | $11,450.00 | $0.00 | $11,450.00 | $11,450.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $200.00 | $0.00 | $200.00 | $0.00 | $200.00 |
| 17. | Deposits of money | $4,824.47 | $0.00 | $4,824.47 | $0.00 | $4,824.47 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $2,305.63 | $0.00 | $2,305.63 | $0.00 | $2,305.63 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $193,199.68 | $1,165,330.00 | $36,485.08 | $36,485.08 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Nicholas Warren McLain**                                        CASE NO

                                                                         CHAPTER    **11**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**                                        Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $47,128.00 | $0.00 | $47,128.00 | $47,128.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $2,305.63 | $0.00 | $2,305.63 | $0.00 | $2,305.63 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$649,079.41** | **$1,165,330.00** | **$492,364.81** | **$482,729.08** | **$9,635.73** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Nicholas Warren McLain**

CASE NO

CHAPTER    **11**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Cash on Hand | $200.00 | | $200.00 | $200.00 |
| Checking account- Bank of America Acct# 8352 | $85.69 | | $85.69 | $85.69 |
| Checking account- Chase Acct# 0220 | $71.59 | | $71.59 | $71.59 |
| Checking account- Charles Schwab- High Yield Investor Acct# | $56.92 | | $56.92 | $56.92 |
| Checking account- Green Bank Acct# 7731 | $1,960.74 | | $1,960.74 | $1,960.74 |
| Savings account- Alliant Acct# 4873-01 | $5.00 | | $5.00 | $5.00 |
| Checking account- Alliant Acct# 4873-40 | $60.82 | | $60.82 | $60.82 |
| Checking account- Amegy Acct# 6707 | $734.08 | | $734.08 | $734.08 |
| Checking account- Wells Fargo Acct# 3263 | $182.22 | | $182.22 | $182.22 |
| Checking account- Bank of America Acct# 5655 | $1,667.41 | | $1,667.41 | $1,667.41 |
| McLain & Ehimika Family, LP | $2,305.63 | | $2,305.63 | $2,305.63 |
| McLain & Ehimika Family LP | $2,305.63 | | $2,305.63 | $2,305.63 |
| TOTALS: | $9,635.73 | $0.00 | $9,635.73 | $9,635.73 |

09/16/2019 12:03:39pm

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Nicholas Warren McLain**                                    CASE NO

                                                                    CHAPTER    **11**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$649,079.41** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$649,079.41** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$1,165,330.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$1,165,330.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$492,364.81** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$492,364.81** |
| J.  Total Exemptions Claimed | **$482,729.08** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$9,635.73** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u>Nicholas</u><br>First Name</td><td><u>Warren</u><br>Middle Name</td><td><u>McLain</u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3">_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 122B

## Chapter 11 Statement of Your Current Monthly Income                                12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11.  If more space is needed, attach a separate sheet to this form.  Include the line number to which the additional information applies.  On the top of any additional pages, write your name and case number (if known).

### Part 1:    Calculate Your Average Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☑ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.  11 U.S.C. § 101(10A).  For example, if you are filing on September 15, the 6-month period would be March 1 through August 31.  If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6.  Fill in the result.  Do not include any income amount more than once.  For example, if both spouses own the same rental property, put the income from that property in one column only.  If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $39,380.00 | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates.  Include regular contributions from a spouse only if Column B is not filled in.  Do not include payments you listed on line 3. | $0.00 | _____ |

5.  **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − _____ |  |  |
| Net monthly income from a business, profession, or farm | $0.00 | _____ | Copy here ➜ | $0.00 _____ |

Debtor 1 __Nicholas Warren McLain_____      Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|

**6.  Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ |  |  |  |
| Ordinary and necessary operating expenses | — $0.00 | — _____ |  |  |  |
| Net monthly income from rental or other real property | $0.00 | _____ | Copy here ➡ | $0.00 | _____ |

**7.  Interest, dividends, and royalties**    $0.00    _____

**8.  Unemployment compensation**    $0.00    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ..............↓

For you...........................................................................    $0.00

For your spouse..........................................................    _____

**9.  Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.    $0.00    _____

**10.  Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.    + _____    + _____

**11.  Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$39,380.00 + [          ] = **$39,380.00**

**Total current monthly income**

---

**Part 2:   Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X __/s/ Nicholas Warren McLain_____      X _____
Nicholas Warren McLain, Debtor 1      Signature of Debtor 2

Date __09/16/2019_____      Date _____
MM / DD / YYYY      MM / DD / YYYY

09/16/2019 12:03:41pm

# Current Monthly Income Calculation Details

In re: **Nicholas Warren McLain**

Case Number:

Chapter: **11**

## 2.   Gross wages, salary, tips, bonuses, overtime and commissions.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **McLain & Ehimika Family, LP** | | | | | | |
| | $72,528.00 | $0.00 | $80,952.00 | $30,000.00 | $0.00 | $52,800.00 | **$39,380.00** |